**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENZO PECCARINO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY,<br><br>Defendants. | **CASE No.: 1:22-cv-02189-VM**<br><br>**NOTICE OF MOTION OF HUI JIE LIM TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**CLASS ACTION** |
| SI FAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY,<br><br>Defendants. | **CASE No.: 1:22-cv-03277-VM**<br><br>**CLASS ACTION** |

1

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Plaintiff Hui Jie Lim ("Movant") hereby moves this Court, the Honorable Victor Marrero United States District Court Judge, on a date and at a time to be designated by the Court, for an order:

(a)    consolidating the related actions;

(b)    appointing Movant to serve as Lead Plaintiff in this action; and

(c)    approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

In support of this Motion, Movant submits: (i) the Memorandum of Law dated May 16, 2022 (and exhibits); and (ii) a [Proposed] Order Consolidating Related Actions, Appointing Lead Plaintiff, and Approving Lead Plaintiff's Selection of Counsel.

Dated: May 16, 2022                              Respectfully submitted,

                                                 **THE ROSEN LAW FIRM, P.A.**

                                                 /s/ Phillip Kim
                                                 Phillip Kim, Esq. (PK 9384)
                                                 Laurence M. Rosen, Esq. (LR 5733)
                                                 275 Madison Avenue, 40th Floor
                                                 New York, New York 10016
                                                 Telephone: (212) 686-1060
                                                 Fax: (212) 202-3827
                                                 Email: pkim@rosenlegal.com
                                                 Email: lrosen@rosenlegal.com

                                                 *[Proposed] Lead Counsel for Lead Plaintiff*
                                                 *and Class*

2

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim