# EXHIBIT 3

**Grab Holdings Limited f/k/a Altimeter Growth Corp. Loss Chart**
**Class Period: August 2, 2021 through March 3, 2022**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $3.26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lim, Hui Jie | 12/3/2021 | 23,296 | ($9.34) | ($217,698.79) | | | | | 23296 | $76,004.39 | ($141,694.40) | |