**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VINCENZO PECCARINO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY,<br><br>Defendants. | Civil Action No. 1:22-cv-02189<br><br>CLASS ACTION |
| SI FAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY,<br><br>Defendants. | Civil Action No. 1:22-cv-03277<br><br>CLASS ACTION |

**NOTICE OF MOTION OF ARMAN AND RUJUN KNIGHT FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

PLEASE TAKE NOTICE that on a date and time that may be set by the Court, before the Honorable Victor Marrero, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15B, New York, New York 10007, Arman Aghaei Knight and Rujun Zheng Knight, by and through their undersigned counsel, will respectfully move this Court for an entry of an order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) appointing Mr. and Mrs. Knight as Lead Plaintiff in the above-captioned securities class action; (2) approving their selection of Gibbs Law Group LLP as Lead Counsel for the Class; (3) consolidating all related securities class actions; and (4) for any such further relief as the Court may deem just and proper.

This motion is made on the grounds that Mr. and Mrs. Knight believe that they are the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Mr. and Mrs. Knight believe they have the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the $125,072.76 in losses that they incurred on their investments in Grab Holdings Limited securities as assessed under the U.S. Supreme Court's ruling in *Dura v. Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005). Mr. and Mrs. Knight also otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims and because they will fairly and adequately represent the interests of the Class.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Javier Bleichmar filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Mr. and Mrs. Knight respectfully requests that the Court: (1) appoint them

to serve as Lead Plaintiff; (2) approve their selection of Gibbs Law Group as Lead Counsel for the

Class; (3) consolidate all related securities class actions; and (4) grant any such further relief as the

Court may deem just and proper.

Dated:  May 16, 2022

Respectfully Submitted,

*/s/ Javier Bleichmar*
Javier Bleichmar
**BLEICHMAR FONTI & AULD LLP**
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jbleichmar@bfalaw.com

*Local Counsel for Proposed Lead Plaintiff*
*Arman Aghaei Knight and Rujun Zheng*
*Knight*

David Stein (*pro hac vice forthcoming*)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ds@classlawgroup.com

*Counsel for Proposed Lead Plaintiff Arman*
*Aghaei Knight and Rujun Zheng Knight*