**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VINCENZO PECCARINO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY,<br><br>Defendants. | Civil Action No. 1:22-cv-02189<br><br>CLASS ACTION |
| SI FAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY,<br><br>Defendants. | Civil Action No. 1:22-cv-03277<br><br>CLASS ACTION |

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE MOTION OF ARMAN AND RUJUN KNIGHT FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

I, Javier Bleichmar, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP.  I submit this declaration in support of the Motion filed by Arman and Rujun Knight for: (1) appointment as Lead Plaintiff; (2) approval of their selection of Gibbs Law Group LLP to serve as Lead Counsel for the Class; (3) consolidation of the related actions; and (4) any such further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through F are true and correct copies of the following documents:

| EXHIBIT A: | Declaration of Arman and Rujun Knight; |
|---|---|
| EXHIBIT B: | Notice of pendency of *Peccarino v. Grab Holdings Ltd.*, 1:22-cv-02189 (S.D.N.Y.) published on March 16, 2022; |
| EXHIBIT C: | Notice of pendency of *Fan v. Grab Holdings Ltd.*, 1:22-cv-03277 (S.D.N.Y.) published on April 21, 2022; |
| EXHIBIT D: | Certifications of Arman and Rujun Knight; |
| EXHIBIT E: | Charts reflecting the financial interest of Arman and Rujun Knight; |
| EXHIBIT F: | Firm Resume of Gibbs Law Group. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of May 2022.


                                                    /s/ Javier Bleichmar
                                                    Javier Bleichmar