**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VINCENZO PECCARINO, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br>　　　v. <br><br> GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY, <br><br> Defendants. | Case No.: 1:22-cv-02189-VM <br><br> Hon. Victor Marrero |
| SI FAN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br>　　　v. <br><br> GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY, <br><br> Defendants. | Case No.: 1:22-cv-03277-VM <br><br> Hon. Victor Marrero |

**NOTICE OF MOTION OF SLG CLOUDBANK HOLDINGS, LLC FOR**
**CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF,**
**AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that SLG Cloudbank Holdings, LLC ("SLG") respectfully

moves this Court for an order: (1) consolidating the above-captioned actions (the "Actions"); (2)

appointing SLG as Lead Plaintiff pursuant to § 21D of the Securities Exchange Act of 1934

("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the

"PSLRA"); and (3) approving SLG's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

SLG seeks consolidation of the Actions, appointment as lead plaintiff, and approval of its choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration of Adam M. Apton in support thereof, and the Court's complete files and records in these Actions, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: May 16, 2022

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for SLG Cloudbank Holdings, LLC and [Proposed] Lead Counsel for the Class*

2