**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VINCENZO PECCARINO, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:22-cv-02189-VM |
| Plaintiff, | |
| v. | |
| GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY, | |
| Defendants. | |
| SI FAN, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:22-cv-03277-VM |
| Plaintiff, | |
| v. | |
| GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY, | |
| Defendants. | |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF 121 SUPPORT, INC.'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

I, Gregory B. Linkh, hereby declare as follows:

1.      I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant 121 Support, Inc. ("121 Support") and proposed lead counsel for the class in the above-captioned action. I make this declaration in support of 121 Support's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published March 16, 2022 on *Business Newswire*, announcing the pendency of the first-filed securities class action against Defendants herein;

Exhibit B:    121 Support's Signed PSLRA Certification;

Exhibit C:    Analysis of 121 Support's financial interest; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 16th day of May 2022.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On May 16, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 16, 2022, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh