**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VINCENZO PECCARINO, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY,<br><br>    Defendants. | Case No.: 1:22-cv-02189-VM<br><br>Hon. Victor Marrero |
| SI FAN, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY,<br><br>    Defendants. | Case No.: 1:22-cv-03277-VM<br><br>Hon. Victor Marrero |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF SLG CLOUDBANK HOLDINGS, LLC'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant SLG Cloudbank Holdings, LLC ("SLG") and proposed Lead Counsel for the Class.

2.     I submit this Declaration, together with the attached exhibits, in support of SLG's motion for consolidation the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of its selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by SLG's Manager, Melisa Stutz ("Ms.

Stutz"), on behalf of SLG attesting to its transactions of Grab Holdings

Limited ("Grab" or the "Company") securities;

**Exhibit B**:    Loss Chart reflecting the losses incurred by SLG as a result of its

transactions in Grab securities;

**Exhibit C**:    Press Release published March 16, 2022, on *Business Wire,* announcing the

pendency of the first-filed securities class action against defendants herein:

*Peccarino v. Grab Holdings Limited, et. al.,* Case No. 1:22-cv-02189-VM;

**Exhibit D**:    Declaration signed by Ms. Stutz on behalf of SLG in support of its lead

plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: May 16, 2022                                Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for SLG Cloudbank Holdings,
LLC and [Proposed] Lead Counsel for the
Class*

2