UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENZO PECCARINO, Individually and On Behalf of All Others Similarly Situated,<br><br>                             Plaintiff,<br><br>        v.<br><br>GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY,<br><br>                             Defendants. | Case No.  1:22-cv-02189-VM<br><br>NOTICE OF MOTION OF SI FAN AND AMIT BATRA FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF LEAD COUNSEL |
| SI FAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                             Plaintiff,<br><br>        v.<br><br>GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY,<br><br>                             Defendants. | Case No.  1:22-cv-03277-VM |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Si Fan and Amit Batra (together, "Fan and Batra"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing Fan and Batra as Co-Lead Plaintiffs on behalf of a class consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired Grab Holdings Limited securities between August 2, 2021 and March 3, 2022, both dates inclusive (the "Class"); and (3) approving proposed Co-Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel for the Class.

Fan and Batra are aware of Rule II.A. of the Individual Practices of the Honorable Victor Marrero ("Rule II.A."), which provides, in relevant part, that "[a] conference must be requested before filing any motion, except" certain enumerated motions not at issue here, and that "[a] party wishing to make a motion not excepted . . . should send a letter to the Court concisely describing the basis for the proposed motion and requesting a pre-motion conference."  Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the Related Actions is May 16, 2022, on which date any member of the putative Class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) & (a)(3)(B)(i)-(ii).  Fan and Batra will thus not know the identities of the other putative Class members, if any, who intend to file competing Lead Plaintiff motions until May 17, 2022—the day after the statutory deadline—making a pre-motion conference with the Court and full compliance with Rule II.A. prior to the filing of Fan and Batra's motion papers impracticable.  Under these circumstances, Fan and Batra respectfully request that compliance with Rule II.A. be waived in this instance.

Dated:  May 16, 2022                                    Respectfully submitted,

1

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
Thomas H. Przybylowski
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
tprzybylowski@pomlaw.com

*Counsel for Fan and Batra and Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Fan and Batra*

2