UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VINCENZO PECCARINO, Individually and
on Behalf of All Others Similarly Situated,

                    Plaintiff,

    vs.

GRAB HOLDINGS LIMITED, ANTHONY
TAN, and PETER OEY,

                    Defendants.

:   Civil Action No. 1:22-cv-02189-VM

:   <u>CLASS ACTION</u>

---

SI FAN, Individually and on Behalf of All
Others Similarly Situated,

                    Plaintiff,

    vs.

GRAB HOLDINGS LIMITED, ANTHONY
TAN, and PETER OEY,

                    Defendants.

Civil Action No. 1:22-cv-03277-VM

<u>CLASS ACTION</u>

---

NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD
COUNSEL

PLEASE TAKE NOTICE that proposed lead plaintiff Sanjay Mirchandani will move this Court, on a date and time as may be designated by the Court, in Courtroom 15B of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl St., New York, NY 10007, for an order pursuant to the Private Securities Litigation Reform Act of 1995 and Rule 42 of the Federal Rules of Civil Procedure consolidating the above-captioned related securities class actions, appointing Mr. Mirchandani as Lead Plaintiff, and approving his selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the putative class.  Mr. Mirchandani's Motion is based on the accompanying Memorandum of Law and Declaration of David A. Rosenfeld.

DATED:  May 16, 2022

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

- 1 -

4884-9944-2207.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 16, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Email:  drosenfeld@rgrdlaw.com

4884-9944-2207.v1

# Mailing Information for a Case 1:22-cv-02189-VM Peccarino v. Grab Holdings Limited et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam M. Apton**
  aapton@zlk.com,jtash@zlk.com,hakulp@zlk.com

- **Javier Bleichmar**
  jbleichmar@bfalaw.com

- **Jeffrey S. Geier**
  jgeier@skadden.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com,greg-linkh-2000@ecf.pacerpro.com

- **Susan Leslie Saltzstein**
  ssaltzst@skadden.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)