UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENZO PECCARINO, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    v.<br><br>GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY,<br><br>          Defendants. | Case No.  1:22-cv-02189-VM<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF SI FAN AND AMIT BATRA FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF LEAD COUNSEL |
| SI FAN, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    v.<br><br>GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY,<br><br>          Defendants. | Case No.  1:22-cv-03277-VM |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Si Fan and Amit Batra (together, "Fan and Batra"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Fan and Batra's motion for consolidation, appointment as Co-Lead Plaintiffs for the Class, and approval of Fan and Batra's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart reflecting the financial interest of Fan and Batra in this litigation;

Exhibit B:    Press release announcing the pendency of the first-filed of the above-captioned related actions;

Exhibit C:    Shareholder Certifications executed by Fan and Batra;

Exhibit D:    Joint Declaration executed by Fan and Batra; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 16, 2022 at New York, New York.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1