# Exhibit A

**Grab Holdings Limited (GRAB)**
**Class Period: August 2, 2021 to March 3, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 72-Days* Mean Price $3.2648 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | | |
| **Si Fan** | **Common Stock** | | **56,234** | | **($719,871)** | | **(2)** | | **$24** | **56,232** | **56,232** | **$183,586** | **($536,260)** |
| | | | | | | | | | | | | | |
| Amit Batra | Common Stock | | 64,853 | | ($726,356) | | (64,853) | | $348,597 | 9,508 | 0 | $0 | ($377,759) |
| Amit Batra | Options | | 841 | | ($105,195) | | (841) | | $48,596 | 0 | 0 | $0 | ($56,599) |
| **Amit Batra** | **Common Stock & Options** | | | | **($831,551)** | | | | **$397,193** | | | | **($434,358)** |
| | | | | | | | | | | | | | |
| Si Fan; Amit Batra | Common Stock | | 121,087 | | ($1,446,226) | | (64,855) | | $348,620 | 65,740 | 56,232 | $183,586 | ($914,019) |
| Si Fan; Amit Batra | Options | | 841 | | ($105,195) | | (841) | | $48,596 | 0 | 0 | $0 | ($56,599) |
| **Si Fan; Amit Batra** | **Common Stock & Options** | | | | **($1,551,421)** | | | | **$397,216** | **65,740** | **56,232** | **$183,586** | **($970,618)** |
| | | | | | | | | | | | | | |
| Si Fan | AGC | 9/14/2021 | 4,746 | $10.5092 | ($49,876) | 11/2/2021 | (2) | $11.9300 | $24 | | | | |
| Si Fan | AGC | 9/27/2021 | 1 | $10.2900 | ($10) | | | | | | | | |
| Si Fan | AGC | 9/27/2021 | 1 | $10.2600 | ($10) | | | | | | | | |
| Si Fan | AGC | 10/6/2021 | 6 | $10.1700 | ($61) | | | | | | | | |
| Si Fan | AGC | 10/14/2021 | 1 | $10.0980 | ($10) | | | | | | | | |
| Si Fan | AGC | 10/22/2021 | 10 | $11.5600 | ($116) | | | | | | | | |
| Si Fan | AGC | 11/1/2021 | 7,050 | $12.6735 | ($89,348) | | | | | | | | |
| Si Fan | AGC | 11/1/2021 | 44 | $12.5500 | ($552) | | | | | | | | |
| Si Fan | AGC | 11/1/2021 | 1 | $12.5800 | ($13) | | | | | | | | |
| Si Fan | AGC | 11/2/2021 | 1,000 | $12.0903 | ($12,090) | | | | | | | | |
| Si Fan | AGC | 11/2/2021 | 30 | $12.0000 | ($360) | | | | | | | | |
| Si Fan | AGC | 11/9/2021 | 30,706 | $12.5113 | ($384,172) | | | | | | | | |
| Si Fan | AGC | 11/9/2021 | 68 | $12.5850 | ($856) | | | | | | | | |
| Si Fan | AGC | 11/10/2021 | 10,600 | $14.8573 | ($157,488) | | | | | | | | |
| Si Fan | AGC | 11/10/2021 | 69 | $13.9500 | ($963) | | | | | | | | |
| Si Fan | AGC | 11/16/2021 | 1,128 | $14.5500 | ($16,412) | | | | | | | | |
| Si Fan | AGC | 11/17/2021 | 27 | $14.3700 | ($388) | | | | | | | | |
| Si Fan | AGC | 11/17/2021 | 1 | $14.5000 | ($15) | | | | | | | | |
| Si Fan | AGC | 11/18/2021 | 10 | $13.7000 | ($137) | | | | | | | | |
| Si Fan | AGC | 11/22/2021 | 17 | $15.1500 | ($258) | | | | | | | | |
| Si Fan | AGC | 11/23/2021 | 37 | $13.9200 | ($515) | | | | | | | | |
| Si Fan | AGC | 11/24/2021 | 14 | $13.7900 | ($193) | | | | | | | | |
| Si Fan | AGC | 11/26/2021 | 15 | $13.1400 | ($197) | | | | | | | | |
| Si Fan | AGC | 11/29/2021 | 56 | $13.6000 | ($762) | | | | | | | | |
| Si Fan | AGC | 11/30/2021 | 53 | $13.1800 | ($699) | | | | | | | | |
| Si Fan | GRAB | 12/6/2021 | 100 | $8.6200 | ($862) | | | | | | | | |
| Si Fan | GRAB | 12/7/2021 | 168 | $8.5000 | ($1,428) | | | | | | | | |
| Si Fan | GRAB | 12/9/2021 | 116 | $8.0000 | ($928) | | | | | | | | |

*Avg Closing Prices from March 3, 2022 to May 13, 2022

**Grab Holdings Limited (GRAB)**
**Class Period: August 2, 2021 to March 3, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 72-Days* Mean Price $3.2648 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Si Fan | GRAB | 12/10/2021 | 25 | $7.0000 | ($175) | | | | | | | | |
| Si Fan | GRAB | 12/22/2021 | 134 | $7.3000 | ($978) | | | | | | | | |
| **Si Fan** | **Common Stock** | | **56,234** | | **($719,871)** | | **(2)** | | **$24** | **56,232** | **56,232** | **$183,586** | **($536,260)** |
| | | | | | | | | | | | | | |
| Amit Batra | AGC | 9/9/2021 | 466 | $10.7199 | ($4,995) | 12/8/2021 | (2,247) | $8.9005 | $19,999 | | | | |
| Amit Batra | AGC | 9/9/2021 | 500 | $10.7599 | ($5,380) | | | | | | | | |
| Amit Batra | AGC | 9/14/2021 | 200 | $10.5379 | ($2,108) | | | | | | | | |
| Amit Batra | AGC | 9/16/2021 | 200 | $10.7200 | ($2,144) | | | | | | | | |
| Amit Batra | AGC | 10/1/2021 | 145 | $10.3071 | ($1,495) | | | | | | | | |
| Amit Batra | AGC | 10/1/2021 | 339 | $10.3099 | ($3,495) | | | | | | | | |
| Amit Batra | AGC | 10/25/2021 | 1,739 | $11.4999 | ($19,998) | | | | | | | | |
| Amit Batra | AGC | 10/26/2021 | 1,472 | $13.5800 | ($19,990) | | | | | | | | |
| Amit Batra | AGC | 10/26/2021 | 1,626 | $12.2999 | ($20,000) | | | | | | | | |
| Amit Batra | AGC | 10/26/2021 | 200 | $13.6990 | ($2,740) | | | | | | | | |
| Amit Batra | AGC | 10/26/2021 | 2,030 | $12.3099 | ($24,989) | | | | | | | | |
| Amit Batra | AGC | 10/26/2021 | 3,636 | $13.7499 | ($49,995) | | | | | | | | |
| Amit Batra | AGC | 10/26/2021 | 5,254 | $13.6999 | ($71,979) | | | | | | | | |
| Amit Batra | AGC | 10/26/2021 | 5,454 | $13.7496 | ($74,990) | | | | | | | | |
| Amit Batra | AGC | 10/26/2021 | 7,347 | $13.6100 | ($99,993) | | | | | | | | |
| Amit Batra | AGC | 10/27/2021 | 1,156 | $12.9699 | ($14,993) | | | | | | | | |
| Amit Batra | AGC | 10/27/2021 | 596 | $12.5789 | ($7,497) | | | | | | | | |
| Amit Batra | AGC | 10/28/2021 | 200 | $12.1200 | ($2,424) | | | | | | | | |
| Amit Batra | AGC | 10/28/2021 | 300 | $12.3300 | ($3,699) | | | | | | | | |
| Amit Batra | AGC | 10/28/2021 | 700 | $12.3399 | ($8,638) | | | | | | | | |
| Amit Batra | AGC | 10/29/2021 | 1,000 | $12.1491 | ($12,149) | | | | | | | | |
| Amit Batra | AGC | 10/29/2021 | 1,000 | $12.1491 | ($12,149) | | | | | | | | |
| Amit Batra | AGC | 10/29/2021 | 1,000 | $12.1491 | ($12,149) | | | | | | | | |
| Amit Batra | AGC | 10/29/2021 | 23 | $12.1400 | ($279) | | | | | | | | |
| Amit Batra | AGC | 10/29/2021 | 300 | $12.1200 | ($3,636) | | | | | | | | |
| Amit Batra | AGC | 10/29/2021 | 50 | $12.0800 | ($604) | | | | | | | | |
| Amit Batra | AGC | 11/1/2021 | 100 | $12.1599 | ($1,216) | | | | | | | | |
| Amit Batra | AGC | 11/1/2021 | 1,229 | $12.2500 | ($15,055) | | | | | | | | |
| Amit Batra | AGC | 11/1/2021 | 1,632 | $12.2500 | ($19,992) | | | | | | | | |
| Amit Batra | AGC | 11/1/2021 | 204 | $12.2500 | ($2,499) | | | | | | | | |
| Amit Batra | AGC | 11/1/2021 | 3,912 | $12.7800 | ($49,995) | | | | | | | | |
| Amit Batra | AGC | 11/1/2021 | 401 | $12.4500 | ($4,992) | | | | | | | | |
| Amit Batra | AGC | 11/1/2021 | 402 | $12.4100 | ($4,989) | | | | | | | | |
| Amit Batra | AGC | 11/1/2021 | 500 | $12.2699 | ($6,135) | | | | | | | | |
| Amit Batra | AGC | 11/1/2021 | 500 | $12.4400 | ($6,220) | | | | | | | | |
| Amit Batra | AGC | 11/2/2021 | 100 | $11.9600 | ($1,196) | | | | | | | | |

*Avg Closing Prices from March 3, 2022 to May 13, 2022

**Grab Holdings Limited (GRAB)**
**Class Period: August 2, 2021 to March 3, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 72-Days* Mean Price $3.2648 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amit Batra | AGC | 11/2/2021 | 125 | $11.9399 | ($1,492) | | | | | | | | |
| Amit Batra | AGC | 11/2/2021 | 130 | $11.4600 | ($1,490) | | | | | | | | |
| Amit Batra | AGC | 11/2/2021 | 130 | $11.4600 | ($1,490) | | | | | | | | |
| Amit Batra | AGC | 11/2/2021 | 22 | $11.3400 | ($249) | | | | | | | | |
| Amit Batra | AGC | 11/2/2021 | 439 | $11.3800 | ($4,996) | | | | | | | | |
| Amit Batra | AGC | 11/2/2021 | 50 | $11.8600 | ($593) | | | | | | | | |
| Amit Batra | AGC | 11/10/2021 | 100 | $13.8425 | ($1,384) | | | | | | | | |
| Amit Batra | AGC | 11/10/2021 | 100 | $13.8450 | ($1,385) | | | | | | | | |
| Amit Batra | AGC | 11/10/2021 | 100 | $13.8500 | ($1,385) | | | | | | | | |
| Amit Batra | AGC | 11/10/2021 | 200 | $13.8400 | ($2,768) | | | | | | | | |
| Amit Batra | AGC | 11/10/2021 | 200 | $13.9899 | ($2,798) | | | | | | | | |
| Amit Batra | AGC | 11/10/2021 | 41 | $14.5700 | ($597) | | | | | | | | |
| Amit Batra | AGC | 11/10/2021 | 5 | $14.3862 | ($72) | | | | | | | | |
| Amit Batra | AGC | 11/10/2021 | 50 | $13.6000 | ($680) | | | | | | | | |
| Amit Batra | AGC | 11/10/2021 | 50 | $13.6100 | ($681) | | | | | | | | |
| Amit Batra | AGC | 11/10/2021 | 50 | $13.9217 | ($696) | | | | | | | | |
| Amit Batra | AGC | 11/10/2021 | 500 | $13.9700 | ($6,985) | | | | | | | | |
| Amit Batra | AGC | 11/16/2021 | 8 | $13.6100 | ($109) | | | | | | | | |
| Amit Batra | GRAB | 12/9/2021 | 500 | $7.9189 | ($3,959) | 12/13/2021 | (5,000) | $7.0601 | $35,301 | | | | |
| Amit Batra | GRAB | 12/9/2021 | 1,000 | $7.9199 | ($7,920) | 12/13/2021 | (1,500) | $7.0600 | $10,590 | | | | |
| Amit Batra | GRAB | 12/9/2021 | 250 | $7.9199 | ($1,980) | 12/21/2021 | (750) | $7.2315 | $5,424 | | | | |
| Amit Batra | GRAB | 12/9/2021 | 1,500 | $7.9599 | ($11,940) | 12/22/2021 | (400) | $7.3014 | $2,921 | | | | |
| Amit Batra | GRAB | 12/9/2021 | 50 | $7.9100 | ($396) | 12/31/2021 | (200) | $7.2015 | $1,440 | | | | |
| Amit Batra | GRAB | 12/27/2021 | 1,000 | $7.2500 | ($7,250) | 12/31/2021 | (1,000) | $7.2002 | $7,200 | | | | |
| Amit Batra | GRAB | 1/19/2022 | 2,500 | $5.7793 | ($14,448) | 1/4/2022 | (900) | $7.3000 | $6,570 | | | | |
| Amit Batra | GRAB | 1/19/2022 | 500 | $5.7486 | ($2,874) | 1/7/2022 | (1,200) | $6.7900 | $8,148 | | | | |
| Amit Batra | GRAB | 2/7/2022 | 7,490 | $5.3399 | ($39,996) | 1/12/2022 | (2,500) | $6.3601 | $15,900 | | | | |
| Amit Batra | GRAB | 2/10/2022 | 50 | $6.3600 | ($318) | 1/12/2022 | (2,500) | $6.4801 | $16,200 | | | | |
| Amit Batra | GRAB | 2/11/2022 | 500 | $5.8283 | ($2,914) | 1/13/2022 | (500) | $6.0711 | $3,036 | | | | |
| Amit Batra | GRAB | 2/11/2022 | 500 | $5.8788 | ($2,939) | 1/20/2022 | (500) | $5.9401 | $2,970 | | | | |
| Amit Batra | GRAB | 2/14/2022 | 100 | $5.9099 | ($591) | 1/25/2022 | (500) | $5.8213 | $2,911 | | | | |
| Amit Batra | GRAB | 2/14/2022 | 50 | $5.8300 | ($292) | 1/26/2022 | (1,000) | $6.1301 | $6,130 | | | | |
| Amit Batra | GRAB | 2/14/2022 | 500 | $5.9399 | ($2,970) | 1/26/2022 | (1,300) | $6.1001 | $7,930 | | | | |
| Amit Batra | GRAB | 2/15/2022 | 50 | $6.1999 | ($310) | 1/26/2022 | (1,500) | $6.2511 | $9,377 | | | | |
| Amit Batra | GRAB | 2/16/2022 | 100 | $6.1100 | ($611) | 1/26/2022 | (200) | $6.1002 | $1,220 | | | | |
| Amit Batra | GRAB | | | | | 1/26/2022 | (500) | $6.1302 | $3,065 | | | | |
| Amit Batra | GRAB | | | | | 1/27/2022 | (2,348) | $5.6501 | $13,266 | | | | |
| Amit Batra | GRAB | | | | | 2/7/2022 | (7,490) | $5.3400 | $39,997 | | | | |
| Amit Batra | GRAB | | | | | 2/28/2022 | (400) | $5.9800 | $2,392 | | | | |
| Amit Batra | GRAB | | | | | 2/28/2022 | (500) | $5.9813 | $2,991 | | | | |

*Avg Closing Prices from March 3, 2022 to May 13, 2022

**Grab Holdings Limited (GRAB)**
**Class Period: August 2, 2021 to March 3, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 72-Days* Mean Price $3.2648 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amit Batra | GRAB | | | | | 3/3/2022 | (10,000) | $4.6500 | $46,500 | | | | |
| Amit Batra | GRAB | | | | | 3/3/2022 | (5,000) | $4.1305 | $20,653 | | | | |
| Amit Batra | GRAB | | | | | 3/3/2022 | (5,410) | $4.6800 | $25,319 | | | | |
| Amit Batra | GRAB | | | | | 3/9/2022 | (5,000) | $3.2760 | $16,380 | | | | |
| Amit Batra | GRAB | | | | | 3/9/2022 | (4,508) | $3.2760 | $14,768 | | | | |
| **Amit Batra** | **Common Stock** | | **64,853** | | **($726,356)** | | **(64,853)** | | **$348,597** | **9,508** | **0** | **$0** | **($377,759)** |
| Amit Batra | AGC Sep 17 2021 15.0 Call | 9/17/2021 | 20 | expired | | 9/14/2021 | (10) | $0.0500 | $50 | | | | |
| Amit Batra | AGC Sep 17 2021 15.0 Call | | | | | 9/14/2021 | (10) | $0.0800 | $80 | | | | |
| **Amit Batra** | **AGC Sep 17 2021 15.0 Call** | | **20** | | **$0** | | **(20)** | | **$130** | **0** | **0** | | **$130** |
| Amit Batra | AGC Nov 19 2021 20.0 Call | 11/9/2021 | 21 | $1.1000 | ($2,310) | 11/9/2021 | (100) | $1.7200 | $17,200 | | | | |
| Amit Batra | AGC Nov 19 2021 20.0 Call | 11/9/2021 | 300 | $2.5000 | ($75,000) | 11/12/2021 | (1) | $0.9800 | $98 | | | | |
| Amit Batra | AGC Nov 19 2021 20.0 Call | 11/9/2021 | 50 | $1.0000 | ($5,000) | 11/12/2021 | (100) | $0.9600 | $9,600 | | | | |
| Amit Batra | AGC Nov 19 2021 20.0 Call | 11/9/2021 | 50 | $1.1100 | ($5,550) | 11/12/2021 | (15) | $0.9700 | $1,455 | | | | |
| Amit Batra | AGC Nov 19 2021 20.0 Call | 11/9/2021 | 50 | $1.9500 | ($9,750) | 11/16/2021 | (100) | $0.2500 | $2,500 | | | | |
| Amit Batra | AGC Nov 19 2021 20.0 Call | 11/10/2021 | 1 | $1.0000 | ($100) | 11/17/2021 | (165) | $0.0500 | $825 | | | | |
| Amit Batra | AGC Nov 19 2021 20.0 Call | 11/10/2021 | 9 | $1.0200 | ($918) | | | | | | | | |
| **Amit Batra** | **AGC Nov 19 2021 20.0 Call** | | **481** | | **($98,628)** | | **(481)** | | **$31,678** | **0** | **0** | | **($66,950)** |
| **Amit Batra** | **AGC Nov 19 2021 11.0 Put** | **11/9/2021** | **50** | **$0.1300** | **($650)** | **11/19/2021** | **(50)** | expired | | **0** | **0** | | **($650)** |
| Amit Batra | AGC Nov 19 2021 25.0 Call | 11/17/2021 | 265 | $0.0500 | ($1,325) | 11/12/2021 | (1) | $0.5100 | $51 | | | | |
| Amit Batra | AGC Nov 19 2021 25.0 Call | | | | | 11/12/2021 | (264) | $0.5000 | $13,200 | | | | |
| **Amit Batra** | **AGC Nov 19 2021 25.0 Call** | | **265** | | **($1,325)** | | **(265)** | | **$13,251** | **0** | **0** | | **$11,926** |
| **Amit Batra** | **AGC Dec 17 2021 15.0 Call** | **11/11/2021** | **10** | **$3.0300** | **($3,030)** | **11/18/2021** | **(10)** | **$1.4500** | **$1,450** | **0** | **0** | | **($1,580)** |
| Amit Batra | AGC Dec 17 2021 20.0 Call | 11/12/2021 | 2 | $2.4900 | ($498) | 11/11/2021 | (4) | $2.0800 | $832 | | | | |
| Amit Batra | AGC Dec 17 2021 20.0 Call | 11/19/2021 | 8 | $1.3300 | ($1,064) | 11/11/2021 | (6) | $2.0500 | $1,230 | | | | |
| **Amit Batra** | **AGC Dec 17 2021 20.0 Call** | | **10** | | **($1,562)** | | **(10)** | | **$2,062** | **0** | **0** | | **$500** |
| **Amit Batra** | **AGC Nov 19 2021 12.0 Put** | **11/19/2021** | **5** | expired | | **11/12/2021** | **(5)** | **$0.0500** | **$25** | **0** | **0** | | **$25** |

*Avg Closing Prices from March 3, 2022 to May 13, 2022