# Exhibit C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, ___SI FAN_ ,   司凡__, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Grab Holdings Limited ("Grab" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.      I did not purchase or acquire Grab securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Grab securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet lists all of my transactions in Grab securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed ____2022/4/17_____
                    (Date)

_____Si Fan_ 司凡_____
                    (Signature)

司凡

_____ ____
                    (Type or Print Name)

**Grab Holdings Limited (GRAB)**                                                                                 Si Fan

## List of Purchases and Sales

| Transaction Type | Security | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase | AGC | 9/14/2021 | 4,746 | $10.5092 |
| Purchase | AGC | 9/27/2021 | 1 | $10.2900 |
| Purchase | AGC | 9/27/2021 | 1 | $10.2600 |
| Purchase | AGC | 10/6/2021 | 6 | $10.1700 |
| Purchase | AGC | 10/14/2021 | 1 | $10.0980 |
| Purchase | AGC | 10/22/2021 | 10 | $11.5600 |
| Purchase | AGC | 11/1/2021 | 7,050 | $12.6735 |
| Purchase | AGC | 11/1/2021 | 44 | $12.5500 |
| Purchase | AGC | 11/1/2021 | 1 | $12.5800 |
| Purchase | AGC | 11/2/2021 | 1,000 | $12.0903 |
| Purchase | AGC | 11/2/2021 | 30 | $12.0000 |
| Purchase | AGC | 11/9/2021 | 30,706 | $12.5113 |
| Purchase | AGC | 11/9/2021 | 68 | $12.5850 |
| Purchase | AGC | 11/10/2021 | 10,600 | $14.8573 |
| Purchase | AGC | 11/10/2021 | 69 | $13.9500 |
| Purchase | AGC | 11/16/2021 | 1,128 | $14.5500 |
| Purchase | AGC | 11/17/2021 | 27 | $14.3700 |
| Purchase | AGC | 11/17/2021 | 1 | $14.5000 |
| Purchase | AGC | 11/18/2021 | 10 | $13.7000 |
| Purchase | AGC | 11/22/2021 | 17 | $15.1500 |
| Purchase | AGC | 11/23/2021 | 37 | $13.9200 |
| Purchase | AGC | 11/24/2021 | 14 | $13.7900 |
| Purchase | AGC | 11/26/2021 | 15 | $13.1400 |
| Purchase | AGC | 11/29/2021 | 56 | $13.6000 |
| Purchase | AGC | 11/30/2021 | 53 | $13.1800 |
| Purchase | GRAB | 12/6/2021 | 100 | $8.6200 |
| Purchase | GRAB | 12/7/2021 | 168 | $8.5000 |
| Purchase | GRAB | 12/9/2021 | 116 | $8.0000 |
| Purchase | GRAB | 12/10/2021 | 25 | $7.0000 |
| Purchase | GRAB | 12/22/2021 | 134 | $7.3000 |
| Sale | AGC | 11/2/2021 | (2) | $11.9300 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I, Amit Batra _____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.    I have reviewed a Complaint against Grab Holdings Limited ("Grab" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.    I did not purchase or acquire Grab securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Grab securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.    The attached sheet lists all of my transactions in Grab securities during the Class Period as specified in the Complaint.

6.    During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed  03/27/22
                (Date)

_____
(Signature)

Amit Batra
_____
(Type or Print Name)

**Grab Holdings Limited (GRAB)**                                                                                    **Amit Batra**

**List of Purchases and Sales**

| Transaction Type | Security | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase | AGC | 9/9/2021 | 466 | $10.7199 |
| Purchase | AGC | 9/9/2021 | 500 | $10.7599 |
| Purchase | AGC | 9/14/2021 | 200 | $10.5379 |
| Purchase | AGC | 9/16/2021 | 200 | $10.7200 |
| Purchase | AGC | 10/1/2021 | 145 | $10.3071 |
| Purchase | AGC | 10/1/2021 | 339 | $10.3099 |
| Purchase | AGC | 10/25/2021 | 1,739 | $11.4999 |
| Purchase | AGC | 10/26/2021 | 1,472 | $13.5800 |
| Purchase | AGC | 10/26/2021 | 1,626 | $12.2999 |
| Purchase | AGC | 10/26/2021 | 200 | $13.6990 |
| Purchase | AGC | 10/26/2021 | 2,030 | $12.3099 |
| Purchase | AGC | 10/26/2021 | 3,636 | $13.7499 |
| Purchase | AGC | 10/26/2021 | 5,254 | $13.6999 |
| Purchase | AGC | 10/26/2021 | 5,454 | $13.7496 |
| Purchase | AGC | 10/26/2021 | 7,347 | $13.6100 |
| Purchase | AGC | 10/27/2021 | 1,156 | $12.9699 |
| Purchase | AGC | 10/27/2021 | 596 | $12.5789 |
| Purchase | AGC | 10/28/2021 | 200 | $12.1200 |
| Purchase | AGC | 10/28/2021 | 300 | $12.3300 |
| Purchase | AGC | 10/28/2021 | 700 | $12.3399 |
| Purchase | AGC | 10/29/2021 | 1,000 | $12.1491 |
| Purchase | AGC | 10/29/2021 | 1,000 | $12.1491 |
| Purchase | AGC | 10/29/2021 | 1,000 | $12.1491 |
| Purchase | AGC | 10/29/2021 | 23 | $12.1400 |
| Purchase | AGC | 10/29/2021 | 300 | $12.1200 |
| Purchase | AGC | 10/29/2021 | 50 | $12.0800 |
| Purchase | AGC | 11/1/2021 | 100 | $12.1599 |
| Purchase | AGC | 11/1/2021 | 1,229 | $12.2500 |
| Purchase | AGC | 11/1/2021 | 1,632 | $12.2500 |
| Purchase | AGC | 11/1/2021 | 204 | $12.2500 |
| Purchase | AGC | 11/1/2021 | 3,912 | $12.7800 |
| Purchase | AGC | 11/1/2021 | 401 | $12.4500 |
| Purchase | AGC | 11/1/2021 | 402 | $12.4100 |
| Purchase | AGC | 11/1/2021 | 500 | $12.2699 |
| Purchase | AGC | 11/1/2021 | 500 | $12.4400 |
| Purchase | AGC | 11/2/2021 | 100 | $11.9600 |
| Purchase | AGC | 11/2/2021 | 125 | $11.9399 |
| Purchase | AGC | 11/2/2021 | 130 | $11.4600 |
| Purchase | AGC | 11/2/2021 | 130 | $11.4600 |
| Purchase | AGC | 11/2/2021 | 22 | $11.3400 |
| Purchase | AGC | 11/2/2021 | 439 | $11.3800 |
| Purchase | AGC | 11/2/2021 | 50 | $11.8600 |
| Purchase | AGC | 11/10/2021 | 100 | $13.8425 |
| Purchase | AGC | 11/10/2021 | 100 | $13.8450 |
| Purchase | AGC | 11/10/2021 | 100 | $13.8500 |
| Purchase | AGC | 11/10/2021 | 200 | $13.8400 |
| Purchase | AGC | 11/10/2021 | 200 | $13.9899 |
| Purchase | AGC | 11/10/2021 | 41 | $14.5700 |
| Purchase | AGC | 11/10/2021 | 5 | $14.3862 |
| Purchase | AGC | 11/10/2021 | 50 | $13.6000 |
| Purchase | AGC | 11/10/2021 | 50 | $13.6100 |
| Purchase | AGC | 11/10/2021 | 50 | $13.9217 |
| Purchase | AGC | 11/10/2021 | 500 | $13.9700 |
| Purchase | AGC | 11/16/2021 | 8 | $13.6100 |
| Purchase | GRAB | 12/9/2021 | 500 | $7.9189 |
| Purchase | GRAB | 12/9/2021 | 1,000 | $7.9199 |
| Purchase | GRAB | 12/9/2021 | 250 | $7.9199 |

**Grab Holdings Limited (GRAB)**                                                     **Amit Batra**

### List of Purchases and Sales

| Transaction Type | Security | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase | GRAB | 12/9/2021 | 1,500 | $7.9599 |
| Purchase | GRAB | 12/9/2021 | 50 | $7.9100 |
| Purchase | GRAB | 12/27/2021 | 1,000 | $7.2500 |
| Purchase | GRAB | 1/19/2022 | 2,500 | $5.7793 |
| Purchase | GRAB | 1/19/2022 | 500 | $5.7486 |
| Purchase | GRAB | 2/7/2022 | 7,490 | $5.3399 |
| Purchase | GRAB | 2/10/2022 | 50 | $6.3600 |
| Purchase | GRAB | 2/11/2022 | 500 | $5.8283 |
| Purchase | GRAB | 2/11/2022 | 500 | $5.8788 |
| Purchase | GRAB | 2/14/2022 | 100 | $5.9099 |
| Purchase | GRAB | 2/14/2022 | 50 | $5.8300 |
| Purchase | GRAB | 2/14/2022 | 500 | $5.9399 |
| Purchase | GRAB | 2/15/2022 | 50 | $6.1999 |
| Purchase | GRAB | 2/16/2022 | 100 | $6.1100 |
| Sale | AGC | 12/8/2021 | (2,247) | $8.9005 |
| Sale | GRAB | 12/13/2021 | (5,000) | $7.0601 |
| Sale | GRAB | 12/13/2021 | (1,500) | $7.0600 |
| Sale | GRAB | 12/21/2021 | (750) | $7.2315 |
| Sale | GRAB | 12/22/2021 | (400) | $7.3014 |
| Sale | GRAB | 12/31/2021 | (200) | $7.2015 |
| Sale | GRAB | 12/31/2021 | (1,000) | $7.2002 |
| Sale | GRAB | 1/4/2022 | (900) | $7.3000 |
| Sale | GRAB | 1/7/2022 | (1,200) | $6.7900 |
| Sale | GRAB | 1/12/2022 | (2,500) | $6.3601 |
| Sale | GRAB | 1/12/2022 | (2,500) | $6.4801 |
| Sale | GRAB | 1/13/2022 | (500) | $6.0711 |
| Sale | GRAB | 1/20/2022 | (500) | $5.9401 |
| Sale | GRAB | 1/25/2022 | (500) | $5.8213 |
| Sale | GRAB | 1/26/2022 | (1,000) | $6.1301 |
| Sale | GRAB | 1/26/2022 | (1,300) | $6.1001 |
| Sale | GRAB | 1/26/2022 | (1,500) | $6.2511 |
| Sale | GRAB | 1/26/2022 | (200) | $6.1002 |
| Sale | GRAB | 1/26/2022 | (500) | $6.1302 |
| Sale | GRAB | 1/27/2022 | (2,348) | $5.6501 |
| Sale | GRAB | 2/7/2022 | (7,490) | $5.3400 |
| Sale | GRAB | 2/28/2022 | (400) | $5.9800 |
| Sale | GRAB | 2/28/2022 | (500) | $5.9813 |
| Sale | GRAB | 3/3/2022 | (10,000) | $4.6500 |
| Sale | GRAB | 3/3/2022 | (5,000) | $4.1305 |
| Sale | GRAB | 3/3/2022 | (5,410) | $4.6800 |
| Purchase | AGC Nov 19 2021 20.0 Call | 11/9/2021 | 21 | $1.1000 |
| Purchase | AGC Nov 19 2021 20.0 Call | 11/9/2021 | 300 | $2.5000 |
| Purchase | AGC Nov 19 2021 20.0 Call | 11/9/2021 | 50 | $1.0000 |
| Purchase | AGC Nov 19 2021 20.0 Call | 11/9/2021 | 50 | $1.1100 |
| Purchase | AGC Nov 19 2021 20.0 Call | 11/9/2021 | 50 | $1.9500 |
| Purchase | AGC Nov 19 2021 11.0 Put | 11/9/2021 | 50 | $0.1300 |
| Purchase | AGC Nov 19 2021 20.0 Call | 11/10/2021 | 1 | $1.0000 |
| Purchase | AGC Nov 19 2021 20.0 Call | 11/10/2021 | 9 | $1.0200 |
| Purchase | AGC Dec 17 2021 15.0 Call | 11/11/2021 | 10 | $3.0300 |
| Purchase | AGC Dec 17 2021 20.0 Call | 11/12/2021 | 2 | $2.4900 |
| Purchase | AGC Nov 19 2021 25.0 Call | 11/17/2021 | 265 | $0.0500 |
| Purchase | AGC Dec 17 2021 20.0 Call | 11/19/2021 | 8 | $1.3300 |
| Sale | AGC Sep 17 2021 15.0 Call | 9/14/2021 | (10) | $0.0500 |
| Sale | AGC Sep 17 2021 15.0 Call | 9/14/2021 | (10) | $0.0800 |
| Sale | AGC Nov 19 2021 20.0 Call | 11/9/2021 | (100) | $1.7200 |
| Sale | AGC Dec 17 2021 20.0 Call | 11/11/2021 | (4) | $2.0800 |
| Sale | AGC Dec 17 2021 20.0 Call | 11/11/2021 | (6) | $2.0500 |
| Sale | AGC Nov 19 2021 20.0 Call | 11/12/2021 | (1) | $0.9800 |
| Sale | AGC Nov 19 2021 20.0 Call | 11/12/2021 | (100) | $0.9600 |

**Grab Holdings Limited (GRAB)**                                                    **Amit Batra**

## List of Purchases and Sales

| Transaction Type | Security | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Sale | AGC Nov 19 2021 20.0 Call | 11/12/2021 | (15) | $0.9700 |
| Sale | AGC Nov 19 2021 25.0 Call | 11/12/2021 | (1) | $0.5100 |
| Sale | AGC Nov 19 2021 25.0 Call | 11/12/2021 | (264) | $0.5000 |
| Sale | AGC Nov 19 2021 12.0 Put | 11/12/2021 | (5) | $0.0500 |
| Sale | AGC Nov 19 2021 20.0 Call | 11/16/2021 | (100) | $0.2500 |
| Sale | AGC Nov 19 2021 20.0 Call | 11/17/2021 | (165) | $0.0500 |
| Sale | AGC Dec 17 2021 15.0 Call | 11/18/2021 | (10) | $1.4500 |