**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2022

| | |
|---|---|
| VINCENZO PECCARINO,<br><br>　　　　　　　Plaintiff,<br><br>　- against -<br><br>GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY,<br><br>　　　　　　　Defendants. | **22 Civ. 2189**<br>**22 Civ. 3277**<br><br>**ORDER** |
| SI FAN,<br><br>　　　　　　　Plaintiff,<br><br>　- against -<br><br>GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY,<br><br>　　　　　　　Defendants. | |

**VICTOR MARRERO, United States District Judge.**

　　Before the Court are the motions of purported lead plaintiffs Si Fan and Amit Batra ("Fan/Batra") (Dkt. No. 24) and SLG Cloudbank Holdings, LLC ("SLC Cloudbank") (Dkt. No. 17), and the motions and subsequent notices of non-opposition from movants Hui Jie Lam (Dkt. Nos. 10, 33), Arman Aghaei Knight and Rujun Zheng Knight (Dkt. Nos. 13, 32), 121 Support, Inc. (Dkt. Nos. 19, 36), and Sanjay Mirchandani (Dkt. Nos. 25, 34). Also before the Court is the limited response of defendant Grab Holdings Limited (Dkt. No. 35).

　　Having reviewed all motions, the Court hereby accepts the attached Stipulation and Order and incorporates its terms

1

into this order, including those appointing co-lead plaintiffs and co-lead counsel.

**ORDER**

1. The Clerk of Court is respectfully ordered to consolidate the cases for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. The cases shall be consolidated under Case No. 22-cv-2189. A Master File is hereby established under that case number.

2. Every pleading filed in the Consolidated Action shall bear the following caption:

| IN RE GRAB HOLDINGS LIMITED SECURITIES LITIGATION | No. 1:22-cv-02189-VM |
|---|---|

3. When a case that arises out of the subject matter of this Consolidated Action is hereinafter filed in this Court or transferred to this Court from another court, the clerk of this Court shall:

    a. File a copy of this Order in the separate file for such action;

    b. Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

    c. Make the appropriate entry in the docket for this Consolidated Action.

4. Each new case arising out of the subject matter of this Consolidated Action that is filed in this Court or transferred to this Court shall be consolidated with the Action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order shall, within ten days after the date upon which a copy of this Order is served on counsel for such party, file an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

5. During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information and materials such as computerized data and electronic mail, containing information that is relevant to or may lead to the discovery of information relevant to the subject matter of the pending litigation.

6. Co-Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Co-Lead Counsel shall designate:

    a. to coordinate the briefing and argument of any and all motions;

   b. to coordinate the conduct of any and all discovery proceedings;

   c. to coordinate the examination of any and all witnesses in depositions;

   d. to coordinate the selection of counsel to act as spokesperson(s) at all pretrial conferences;

   e. to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

   f. to coordinate all settlement negotiations with counsel for Defendants;

   g. to coordinate and direct pretrial discovery proceedings, preparation for trial, and trial of this matter and delegate work responsibilities to selected counsel as may be required;

   h. to coordinate the preparation and filings of all pleadings; and

   i. to supervise all other matters concerning the prosecution or resolution of the claims asserted in the Consolidated Action.

   7. No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Co-Lead Counsel, so as to prevent

duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Co-Lead Counsel.

8. Service upon any plaintiff of all pleadings, motions, or other papers in the Consolidated Action, except those specifically addressed to a plaintiff other than Lead Plaintiff, shall be completed upon service of Lead Counsel. Lead Counsel shall be the contact between plaintiffs and plaintiff's counsel and Defendants' counsel, as well as the spokespersons for all plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel. Lead Counsel shall be the contact between the Court and plaintiffs and their counsel.

9. All pending motions with the exception of the Proposed Stipulation and Order (Dkt. No. 37) are DENIED.

10. The co-lead plaintiffs Si Fan, Amit Batra, and SLG Cloudbank Holdings must comply with all of the Court's standard methods and practices for effectuating service of process.

**SO ORDERED.**

Dated:    June 6, 2022
          New York, New York

                                            /s/ Victor Marrero
                                            _____
                                            Victor Marrero
                                            U.S.D.J.