# Exhibit D

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 20-F

**(Mark One)**

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2021**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

**OR**

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of event requiring this shell company report**

**Commission file number: 001-41110**

# GRAB HOLDINGS LIMITED
**(Exact name of Registrant as specified in its charter)**

**Not Applicable**
**(Translation of Registrant's name into English)**

**Cayman Islands**
**(Jurisdiction of incorporation)**

**3 Media Close, #01-03/06**
**Singapore 138498**
**(address of principal executive offices)**

**Christopher Betts**
**855-739-7864**
**investor.relations@grab.com**
**Grab Holdings Limited**
**3 Media Close, #01-03/06**
**Singapore 138498**
**(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)**

**Securities registered or to be registered, pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A ordinary shares, par value $0.000001 per share | GRAB | The Nasdaq Stock Market LLC |
| Warrants, each exercisable for one Class A ordinary share at an exercise price of $11.50 | GRABW | The Nasdaq Stock Market LLC |

**Securities registered or to be registered pursuant to Section 12(g) of the Act:**

**None**
(Title of Class)

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act:**

**None**
(Title of Class)

---

Indicate the number of outstanding shares of each of the issuer's classes of capital stock or common stock as of the close of business covered by the annual report: 3,619,097,899 Class A ordinary shares, 122,882,309 Class B ordinary shares, and 25,999,981 warrants, as of December 31, 2021

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☐   No ☒

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer   ☐              Accelerated filer   ☐              Non-accelerated filer   ☒

                                                                                                Emerging growth company   ☒

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards † provided pursuant to Section 13(a) of the Exchange Act.  ☐

†  The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report.  ☐

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

U.S. GAAP ☐              International Financial Reporting Standards as issued              Other ☐
                          by the International Accounting Standards Board ☒

If "Other" has been checked in response to the previous question indicate by check mark which financial statement item the registrant has elected to follow.   Item 17 ☐   Item 18 ☐

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

(APPLICABLE ONLY TO ISSUERS INVOLVED IN BANKRUPTCY PROCEEDINGS DURING THE PAST FIVE YEARS)

Indicate by check mark whether the registrant has filed all documents and reports required to be filed by Sections 12, 13 or 15(d) of the Securities Exchange Act of 1934 subsequent to the distribution of securities under a plan confirmed by a court.   Yes ☐   No ☐

Table of Contents

**TABLE OF CONTENTS**

| | |
|---|---|
| **CONVENTIONS AND FREQUENTLY USED TERMS** | 1 |
| **CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS** | 6 |
| **PART I** | 7 |
| **ITEM 1. IDENTITY OF DIRECTORS, SENIOR MANAGEMENT AND ADVISERS** | 7 |
| **ITEM 2. OFFER STATISTICS AND EXPECTED TIMETABLE** | 7 |
| **ITEM 3. KEY INFORMATION** | 7 |
| **ITEM 4. INFORMATION ON THE COMPANY** | 62 |
| **ITEM 4A. UNRESOLVED STAFF COMMENTS** | 120 |
| **ITEM 5. OPERATING AND FINANCIAL REVIEW AND PROSPECTS** | 120 |
| **ITEM 6. DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES** | 146 |
| **ITEM 7. MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS** | 158 |
| **ITEM 8. FINANCIAL INFORMATION** | 165 |
| **ITEM 9. THE OFFER AND LISTING** | 167 |
| **ITEM 10. ADDITIONAL INFORMATION** | 168 |
| **ITEM 11. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK** | 175 |
| **ITEM 12. DESCRIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES** | 176 |
| **PART II** | 177 |
| **ITEM 13. DEFAULTS, DIVIDEND ARREARAGES AND DELINQUENCIES** | 177 |
| **ITEM 14. MATERIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS AND USE OF PROCEEDS** | 177 |
| **ITEM 15. CONTROLS AND PROCEDURES** | 177 |
| **ITEM 16. [RESERVED]** | 178 |
| **ITEM 16A. AUDIT COMMITTEE AND FINANCIAL EXPERT** | 178 |
| **ITEM 16B. CODE OF ETHICS** | 178 |
| **ITEM 16C. PRINCIPAL ACCOUNTANT FEES AND SERVICES** | 178 |
| **ITEM 16D. EXEMPTIONS FROM THE LISTING STANDARDS FOR AUDIT COMMITTEES** | 179 |
| **ITEM 16E. PURCHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PURCHASERS** | 179 |
| **ITEM 16F. CHANGE IN REGISTRANT'S CERTIFYING ACCOUNTANT** | 179 |
| **ITEM 16G. CORPORATE GOVERNANCE** | 179 |
| **ITEM 16H. MINE SAFETY DISCLOSURE** | 179 |
| **ITEM 16I. DISCLOSURE REGARDING FOREIGN JURISDICTIONS THAT PREVENT INSPECTIONS** | 179 |
| **PART III** | 180 |
| **ITEM 17. FINANCIAL STATEMENTS** | 180 |
| **ITEM 18. FINANCIAL STATEMENTS** | 180 |
| **ITEM 19. EXHIBITS** | 180 |
| **EXHIBIT INDEX** | 181 |
| **SIGNATURE** | 185 |

i

**Table of Contents**

**ITEM 4A.    UNRESOLVED STAFF COMMENTS**

Not applicable.


**ITEM 5.        OPERATING AND FINANCIAL REVIEW AND PROSPECTS**

**A. Operating Results**

The following discussion and analysis of our financial condition, changes in financial condition and results of operations should be read in conjunction with GHL's audited consolidated financial statements and the related notes and other financial information included elsewhere in this annual report. In addition to historical consolidated financial information, the following discussion may contain forward-looking statements that reflect our plans, estimates, and beliefs that involve risks and uncertainties. Our actual results could differ materially from those discussed in the forward-looking statements as a result of many factors, including those factors set forth in the sections titled "Risk Factors" and "Forward-Looking Statements", which you should review for a discussion of some of the factors that could cause actual results to differ materially from the results described in or implied by the forward-looking statements contained in the following discussion and analysis and elsewhere in this annual report.


**Recent Developments**

*COVID-19 Update*

The ongoing COVID-19 pandemic has globally resulted in loss of life, business closures, restrictions on travel, and widespread cancellation of social gatherings. Governments in the markets we operate in continue to implement measures or encourage actions to curb the spread of COVID-19 as cases spike, including stay-at-home and movement control orders, work-from-home arrangements and social distancing measures. The COVID-19 pandemic has had a material adverse impact on certain parts of our business in 2020 and 2021 and may continue to impact our results.

During 2021, the COVID-19 pandemic had different impacts on our business segments. For our deliveries segment, the COVID-19 pandemic drove its GMV and revenue growth as consumer adoption of deliveries offerings increased in light of the stay-at-home and movement control orders, work-from-home arrangements and social distancing measures imposed as a result of the pandemic. On the other hand, the COVID-19 pandemic negatively affected our mobility segment as a result of a decrease in rides booked through our platform. Our financial services segment experienced significant year-on-year pre-Interco TPV growth and revenue growth driven by strong performance in deliveries transactions, although this growth was partially offset by the drop in demand for mobility offerings. Our lending business was also impacted by COVID-19, driven by closures of businesses, a decline in general consumer spending, and compulsory repayment holidays implemented by governments in certain of our markets.

We will continue to strive to mitigate the impact of COVID-19 on our overall business by adapting to changes in consumer demand and preferences. For example, as demand in our mobility segment decreased, we were able to utilize driver-partners providing mobility services to provide deliveries for our deliveries segment. In addition, stay-at-home or movement control orders and other COVID-19 measures may lead to a decrease in the number of active driver-partners, as it did in March and April 2020, with some recovery starting in May 2020. We also saw a decrease in the number of driver-partners in the third quarter of 2021 due to similar COVID-19 measures in response to a new wave of COVID-19, and we preemptively invested in driver incentives to grow the supply of active drivers on our platform in the fourth quarter of 2021.

Significant uncertainty remains over the severity and duration of the COVID-19 pandemic, and as the pandemic continues, we may need to continue to adapt to changing circumstances. There can be no assurance that we will be successful in doing so, including by maintaining and optimizing utilization of the driver-partner base. See "Item 3. Key Information—D. Risk Factors" for more information.

Table of Contents

*Completion of Business Combination*

On December 1, 2021, we completed the Business Combination and the PIPE Financing. On December 2, 2021, our Class A Ordinary Shares and Warrants commenced trading on the NASDAQ, under the symbols "GRAB" and "GRABW," respectively.

**Key Factors Affecting Our Performance**

*Our ability to grow and engage platform consumers*

The number of platform consumers, which we measure by MTUs, is a key driver of the activity on our platform and the scale of our business. More consumers accessing offerings on our platform not only drives increased revenue, but contributes to powerful synergies that accelerate with scale. We expect platform consumers to grow as the value offered to them on our platform increases through product innovation, improved user experience, and more offerings. Building on our brand and category leadership across online food delivery, mobility and e-wallet payments, we expect platform consumers to grow organically. We also intend to continue to use promotions to attract consumers to our platform base and to engage MTUs.

We believe platform consumers will increase their usage and spend on services offered through our platform as they discover additional features and offerings, and as they choose to incorporate them more deeply into their daily lives. In addition, we expect usage and spend to increase as we grow our platform, benefiting our driver- and merchant-partners. This is demonstrated by the increase in the average number of offerings used per MTU and GMV per MTU.

*Our ability to grow driver- and merchant-partners and scope of our offerings*

Our growing base of merchant-partners provides opportunities to drive revenue growth, and our expanding base of driver-partners allows us to benefit from significant cost synergies and economies of scale as we deploy resources more efficiently. Our ability to maintain and grow our merchant-partner base depends in part on our ability to continue to solve mission-critical challenges for our merchant-partners. We therefore continue to invest in our merchant-centric initiatives to enable more small businesses to thrive on our platform. We also plan to continue investing in strengthening our sales force. We have also invested substantially in our technology platform to provide our merchant-partners with the tools they need to thrive in the digital economy.

Additionally, maintaining and continuing to grow our base of driver-partners is critical to delivering a quality experience on our platform. The more driver-partners that we have on our platform, the more deliveries and rides our driver-partners are able to provide, while maintaining high quality service and low wait times. Our driver-partner loyalty program provides our most engaged driver-partners with a variety of benefits, and we have encouraged our driver-partners to participate in training programs. Finally, we actively listen to our driver-partners' concerns and feedback. Driver-partners' representative committees gather and provide insights on how Grab can further enhance their experience.

We have also created the GrabForGood Fund that supports programs that help to uplift our driver- and merchant-partners' lives, as well as the broader Southeast Asia community. This includes plans to provide free COVID-19 vaccinations for Grab partners who are not covered by a national vaccination program, and initiatives such as subsidized insurance and financial and digital literacy programs that provide the foundations for social and economic mobility.

We believe that increasing the depth and breadth of our offerings will attract more consumers to our platform and in turn more driver- and merchant-partners to our platform. We intend to enhance our value proposition to driver- and merchant-partners by continuing to evolve the scope of our offerings, increasing the size and engagement of the consumer base to drive greater demand, developing innovative marketing services, and improving the analytics tools available to our partners.

*Our ability to realize operating leverage on our platform*

Since our founding, we have established numerous touch points with consumers, which allows us to facilitate a broad range of additional services through our platform. We believe we can leverage our platform and ecosystem to roll out new offerings faster than any of our peers. For example, we expanded our food deliveries business across four markets in just three months because of our experience and expertise from building our mobility business in these markets. Similarly, the gross written premiums of our online insurance business more than tripled within three months from its launch in Singapore in April 2019 due to significant demand from our extensive driver-partner base and our distribution platform. Increasing the depth and breadth of offerings on our platform drives the attractiveness of our platform for merchant-partners and consumers.

121

**Table of Contents**

We foster an ecosystem in which participants engage with each other through our platform. Consumers purchase goods and services from driver- and merchant-partners, and driver- and merchant-partners interact with each other to fulfill delivery orders. Driver- and merchant-partners also purchase financial services directly through our platform and transact across verticals. We believe that this is a unique aspect of our platform, which underpins the strength of our competitive advantage.

During the initial stages of growth, we offered significant incentives and promotions to attract platform consumers as well as incentives to attract driver- and merchant-partners, and conducted advertising activities to enhance our brand awareness. We also invested in research and development and other operating expenses to support the growth of our platform.

### Our ability to invest effectively in technology and research and development

We have made, and will continue to make, significant investments in research and development and technology to improve our platform to attract and retain driver- and merchant-partners, and consumers, expand the capabilities and scope of our offerings, and enhance the consumer experience.

Our engineers and data scientists are critical to the success of our business and we will continue to invest in the best talent in these areas. In addition, we have dedicated and will continue to dedicate significant resources to research and development efforts, focusing on developing innovative applications and offerings aimed at fulfilling the everyday needs of consumers by enabling merchant-partners to improve their service quality and operational efficiency, as well as advancing our big data and AI capabilities.

### Our ability to enter into strategic partnerships, investments, and acquisitions

Since our founding, we have made a number of critical strategic investments and acquisitions and entered into partnerships to enhance our platform and attract consumers. The most strategic of these was our acquisition of Uber's Southeast Asia operations in 2018. In 2021, we have also entered into a strategic partnership with PT Elang Mahkota Teknologi, an Indonesia group with a portfolio of media, all-commerce and content production businesses. In January 2022, we completed the acquisition of a majority economic interest in Jaya Grocer in Malaysia, which we believe will complement our business.

We expect to continue to make strategic investments in, and acquisitions of, other businesses that we believe will expand or enhance the offerings on our platform and attract more merchants and consumers to our platform. We have already acquired an extensive suite of financial services licenses, including payments licenses in six core regional markets, and are in the process of building Singapore's next-generation digital bank through a consortium with our partner Singtel.

### Our ability to continue to reduce driver- and merchant-partner and consumer incentives

We offer various incentives to our driver- and merchant-partners that are deducted from the fees received from driver- or merchant-partners (typically being a percentage of the fare paid by the consumer to the driver- or merchant-partner). We also offer consumer incentives that reduce the amount payable by a consumer to driver- or merchant-partners. In addition, incentives for consumers offered and paid for by our merchant-partners drives demand on our platform and to the extent that these are effective in doing so we may be able to reduce the portion of overall incentives paid by us. Conversely, to the extent that merchant-partners are less willing to provide such incentives, we may need to increase our incentives to keep our platform attractive. The incentives that we offer to driver- and merchant-partners and consumers for a transaction may sometimes exceed our fees and commissions from a particular transaction, and may in aggregate sometimes exceed our aggregate fees and commissions in a particular reporting period.

**Table of Contents**

Our revenues are reported net of partner and consumer incentives, so if incentives exceed our commissions and fees received, it can result in us reporting negative revenue. For the years ended December 31, 2021, 2020 and 2019, we incurred incentives of $1.8 billion, $1.2 billion and $2.4 billion, respectively (comprised of partner incentives of $0.7 billion, $0.6 billion, and $1.2 billion, respectively, and consumer incentives of $1.1 billion, $0.6 billion and $1.1 billion, respectively), resulting in reductions to our reported revenues of the same amounts, which in the case of the year ended December 31, 2019 resulted in us reporting negative revenues of $(0.8) billion. Notwithstanding our use of significant incentive payments to encourage use of our platform, our monthly transacting users nevertheless declined to approximately 24.1 million in the year ended December 31, 2021, from approximately 24.5 million and 29.2 million for the year ended December 31, 2020 and 2019, respectively. The decline in monthly transacting users during the years ended December 31, 2021 and 2020 was primarily driven by a decrease in users of our mobility services as a result of various degrees of COVID-19 related travel restrictions imposed across Southeast Asia.

The incentives that we provided to our partners and consumers represented a higher proportion of our GMV during the initial stages of growth of our business. For example in 2019, incentives accounted for $2.1 billion (24% of GMV) across mobility and deliveries segments whereas in 2020, this number dropped to $1.2 billion (13% of GMV). This is due to both reduced incentive spend over time as well as growth in GMV in the respective segments. In 2021, incentives accounted for $1.6 billion (14% of GMV) across mobility and deliveries segments to meet higher demand, defend against competition and mitigate a reduced supply of driver-partners due to the COVID-19 pandemic. As our platform grows, we have been able to take advantage of the synergies of our platform and more effectively use incentives to encourage the use of our platform and acquire driver- and merchant-partners on to our platform over time, leading to an increase in revenue as a percentage of GMV in 2020 and 2021. However, from time to time we may also increase incentives due to competitive factors in a particular country or area.

We expect that our ability to successfully reduce the amount of incentives paid to driver- and merchant-partners and consumers over time relative to the commissions and fees we receive will likely impact our ability to increase revenues, raise capital, reduce net losses and achieve profitability and reduce net cash outflows. In addition, future decreases in the use of incentives could also result in decreased growth in the number of users and driver- and merchant-partners or an overall decrease in users and driver- and merchant-partners, which could negatively impact our financial condition and results of operations.

### *The impact of government policies and regulations in the markets in which we operate*

We operate across the deliveries, mobility and financial services segments in the Southeast Asia region. Each of our businesses is subject to government regulation in each jurisdiction in which we operate. Regulations have impacted or could impact, among others, the nature of and scope of offerings we are able to make available through our platform, the pricing of offerings on our platform, our relationship with, and incentives, fees and commissions provided to or charged from, driver- and merchant-partners, incentives provided to consumers, our ability to operate in certain segments of our business, our ownership percentage in operating entities that may be subject to foreign ownership restrictions and insurance we are required to maintain. We expect that our ability to manage our relationships with regulators in each of our markets, as well as existing and evolving regulations will continue to impact our results in the future.

### Components of Results of Operations

### *Revenue*

We primarily generate revenue from commissions and fees for our deliveries, mobility and financial services offerings. Revenue is presented net of driver-partner, merchant-partner and consumer incentives, which could result in negative revenue where these amounts exceed our commissions and fees. We primarily act as an agent in connecting our driver- and merchant-partners to consumers. For further details on our revenue recognition, see "—Significant Accounting Policies—Revenue."

123

**Table of Contents**

*Business Segments*

- *Deliveries*. We generate revenue from commissions and other fees from driver- and merchant-partners and consumers for connecting driver- and merchant-partners with consumers to facilitate delivery of a variety of daily necessities, including ready-to-eat meals and groceries, as well as point-to-point parcel delivery. Our revenue from the deliveries segment is recognized on the completion of a successful transportation or delivery service by driver- and merchant-partners.

- *Mobility*. We primarily generate revenue from commissions paid by driver-partners and platform fees from consumers for the use of our platform. Our revenue from the mobility segment is recognized net of driver-partner and consumer incentives and we recognize revenue upon the completion of each ride. We also generate other revenue through rental fees from our GrabRentals offering.

- *Financial Services*. We primarily generate revenue from transaction and commission fees. For payment services, we generate revenue from transaction fees from merchant-partners and transaction platforms based on a percentage of transaction volumes. We also generate revenue from non-payments related financial services, namely lending, insurance, wealth management, and other financial services. For lending and receivables factoring, we generate revenue primarily based on the interest income we receive from the loans we extend and from the factoring fee or discount when we purchase the receivables. For other financial services, we generate revenue through commissions received from the provision of the service.

- *Enterprise and New Initiatives*. Our enterprise revenues primarily consist of advertising revenue earned from our GrabAds offering. We generate other revenue from lifestyle and other offerings, through the commissions that we receive when such services are sold through our platform.

*Cost of Revenue*

Cost of revenue comprises expenses directly or indirectly attributable to our deliveries, mobility, financial services and enterprise and new initiatives offerings and primarily consists of data management and platform related technology costs including amortization of technology and market activity related intangible assets, compensation costs (including share-based compensation) for operations and support personnel, payment processing fees, costs incurred in relation to our motor vehicle fleet used for rental services (including depreciation and impairment) and an allocation of associated corporate costs such as depreciation of right-of-use assets.

We expect that operation costs will increase on an absolute dollar basis in tandem with the growth of our businesses for the foreseeable future as we continue to invest and broaden our offerings and scale our operations. To the extent we are successful in becoming more efficient in supporting platform users and partners over time, we expect cost of revenue as a percentage of revenue to decrease.

*Other Income*

Other income includes income earned from government grants and other miscellaneous income.

*Sales and Marketing Expenses*

Sales and marketing expenses primarily consist of advertising costs, compensation costs (including share-based compensation) to sales and marketing employees and allocation of associated corporate costs. These costs are recognized as incurred. We plan to continue to invest in sales and marketing expenses to attract and retain platform users and increase our brand awareness. We expect that, in the long-term, our sales and marketing expenses will decrease as a percentage of revenue.

*General and Administrative Expenses*

General and administrative expenses primarily consist of compensation costs (including share-based compensation) for executive management and administrative personnel (including finance and accounting, human resources, policy and communications, legal, facility and general administration employees), occupancy and facility costs, administrative fees, professional service fees, depreciation on certain administration assets, legal costs and allocation of associated corporate costs.

Table of Contents

We expect that general and administrative expenses as a percentage of revenue will decrease in the longer term as our business achieves scale. However, in the short-term, we expect to incur additional expenses as a result of operating as a public company, including expenses to comply with the rules and regulations applicable to companies listed on a national securities exchange, expenses related to compliance and reporting obligations pursuant to the rules and regulations of the Securities and Exchange Commission, as well as higher expenses for general and director and officer insurance, investor relations, and professional services.

### Research and Development Expenses

Research and development expenses primarily consist of compensation cost (including share-based compensation) to engineering, design and product development employees and allocation of associated corporate costs.

### Net Impairment Losses on Financial Assets

Net impairment losses on financial assets relate to impairment losses in respect of trade receivables and loans and advances to driver- and merchant-partners.

### Other Expenses

Other expenses mainly include goodwill impairment.

### Net Finance Costs

Net finance costs primarily consist of interest expense on our outstanding debt instruments, partially offset by interest earned on debt investments and cash and cash equivalents, coupled with the fair value gain or loss on the debt instruments. Net finance costs also include accrued interest on redeemable convertible preference shares, which converted into Class A Ordinary Shares upon the consummation of the Business Combination. Additionally, net finance costs include the foreign currency gain or loss on financial assets and financial liabilities, and share listing and associated expenses in conjunction with the 2021 public listing.

### Share of Loss of Equity-Accounted Investees (Net of Tax)

Share of loss of equity-accounted investees (net of tax) relates to our share of the results of investments in associates and joint ventures.

### Income Tax (Expense)/Credit

We are subject to income taxes in the jurisdictions in which we do business. These foreign jurisdictions have different statutory tax rates. Accordingly, our effective tax rate will vary depending on the relative proportion of income derived in each jurisdiction, use of tax credits, changes in the valuation of our deferred tax assets and liabilities, and changes in tax laws.

### Results of Operations

The following table summarizes our consolidated statements of profit or loss for each of the periods presented:

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | **2021** | **2020** | **2019** |
| **Revenue** | **675** | **469** | **(845)** |
| Cost of revenue | (1,070) | (963) | (1,320) |
| Other income | 12 | 33 | 14 |
| Sales and marketing expenses | (241) | (151) | (238) |
| General and administrative expense | (545) | (326) | (304) |
| Research and development expenses | (356) | (257) | (231) |
| Net impairment losses on financial assets | (19) | (63) | (56) |
| Other expenses | (11) | (40) | (30) |
| **Operating loss** | **(1,555)** | **(1,298)** | **(3,010)** |
| **Net finance costs** | **(1,989)** | **(1,437)** | **(971)** |
| Share of loss of equity-accounted investees (net of tax) | (8) | (8) | * |
| **Loss before income tax** | **(3,552)** | **(2,743)** | **(3,981)** |
| Income tax (expense)/credit | (3) | (2) | (7) |
| **Loss for the period** | **(3,555)** | **(2,745)** | **(3,988)** |

Note:
* Amounts less than $1 million

125

**Table of Contents**

**Comparison of the Years Ended December 31, 2021 and 2020**

*Revenue by segment*

| ($ in millions, unless otherwise stated) | Year Ended December 31, | |
| --- | --- | --- |
| | **2021** | **2020** |
| **Revenue** | **675** | **469** |
| Deliveries | 148 | 5 |
| Mobility | 456 | 438 |
| Financial Services | 27 | (10) |
| Enterprise and New Initiatives | 44 | 36 |

*Revenue by geographical locations*

| ($ in millions, unless otherwise stated) | Year Ended December 31, | |
| --- | --- | --- |
| | **2021** | **2020** |
| **Revenue** | **675** | **469** |
| Singapore | 283 | 246 |
| Malaysia | 108 | 91 |
| Philippines | 81 | 51 |
| Thailand | 76 | 57 |
| Rest of Southeast Asia | 127 | 24 |

Our revenue increased by $206 million, to $675 million in 2021 from $469 million in 2020.

Revenue is presented net of base incentives, excess incentives and consumer incentives. Base incentives were $155 million and $178 million in 2021 and 2020, respectively. Excess incentives were $561 million and $443 million in 2021 and 2020, respectively, and consumer incentives were $1,065 million and $616 million in 2021 and 2020, respectively.

Deliveries revenue was $148 million in 2021 compared to revenue of $5 million in 2020. The increase was driven by an increase in deliveries GMV of 56%, or $3 billion, to $8.5 billion in 2021 compared to $5.5 billion in 2020, driven primarily by increasing consumer demand and number of merchant-partners using our platform. The increased demand for deliveries was driven by stay-at-home and movement control orders, work-from-home arrangements and social distancing measures implemented as a result of the COVID-19 pandemic in our markets. We were also able to utilize our driver-partners providing mobility services to support and meet the increasing demand for delivery services. Deliveries revenue as a percentage of deliveries GMV improved as we gained network efficiency in our driver-partner base, and were able to improve our overall value proposition in terms of merchant selection, delivery performance and application experience on our superapp platform. Our partner incentives were $602 million and $466 million in 2021 and 2020, respectively. Our consumer incentives were $800 million and $437 million in 2021 and 2020, respectively.

126

**Table of Contents**

Mobility revenue increased by $19 million, to $456 million in 2021 compared to $438 million in 2020, which was primarily due to ride hailing revenue increasing by $16 million and rental income from motor vehicles increasing by $2 million. The increase in revenue was primarily due to the reduction of driver-partner incentives and fees and consumer incentives, despite a decrease in ride hailing demand, which was adversely impacted by the COVID-19 pandemic, as reflected by the decrease in GMV for mobility. Our incentives decreased by $54 million (comprised of decreases of $37 million in partner incentives and $17 million in consumer incentives) to $196 million (comprised of $114 million in partner incentives and $82 million in consumer incentives) for the year ended December 31, 2021 compared to $251 million (comprised of $151 million in partner incentives and $100 million in consumer incentives) for the year ended December 31, 2020, which resulted in a corresponding increase in our mobility revenue, as we reduced incentives in the face of the COVID-19 pandemic. The COVID-19 pandemic and the associated stay-at-home and movement control orders, work-from-home arrangements and social distancing measures, as well as border closures and travel restrictions, had a negative impact on mobility demand, and accordingly also on mobility GMV. As a result of the effects of the COVID-19 pandemic, GMV for mobility decreased to $2.8 billion in 2021 compared to $3.2 billion in 2020. The increase in rental income from motor vehicles was due to increased demand from corporate users. Mobility revenue as a percentage of mobility GMV increased from 14% in 2020 to 16% in 2021, as we continued to reduce partner and consumer incentives and our reliance on such incentives to maintain and grow our driver-partner and consumer base.

Financial services revenue improved to $27 million in 2021, compared to $(10) million in 2020. The increase was primarily due to a reduction in consumer incentives at OVO and growth in our lending business as loans disbursed grew 3 times from 2020 to 2021.

Enterprise and new initiatives revenue increased by $8 million, or 22%, to $44 million in 2021 compared to $36 million in 2020. The increase was primarily due to growth of GrabAds with the expansion of product offerings supported by internally developed technology stack.

*Cost of revenue*

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | 2020-2021 |
| --- | --- | --- | --- |
| | **2021** | **2020** | **% Change** |
| Cost of revenue | 1,070 | 963 | 11% |

Cost of revenue increased by $108 million, or 11%, to $1,070 million in 2021 from $963 million in 2020, primarily due to higher staff compensation costs associated with an increase in headcount, and higher infrastructure costs, cloud-hosting costs, payment processing fees and merchandise costs as we expanded our operations.

*Other income*

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | 2020-2021 |
| --- | --- | --- | --- |
| | **2021** | **2020** | **% Change** |
| Other income | 12 | 33 | (64)% |

Other income decreased by $21 million or 64% to $12 million in 2021 from $33 million in 2020. The decrease was due to a decrease in government grant income related to COVID-19 programs.

*Sales and marketing expenses*

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | 2020-2021 |
| --- | --- | --- | --- |
| | **2021** | **2020** | **% Change** |
| Sales and marketing expenses | 241 | 151 | 59% |

Sales and marketing expenses increased by $90 million, or 59%, to $241 million in 2021 from $151 million in 2020. The increase was due to the increase in media and direct marketing activities through various platforms such as Facebook and Google, which was mainly driven by demand recovery and initiative plans following easing of COVID-19 restrictions. Additionally, there was an increase in personnel-related compensation such as equity compensation and performance bonus.

Table of Contents

*General and administrative expenses*

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | 2020-2021 |
| --- | --- | --- | --- |
| | 2021 | 2020 | % Change |
| General and administrative expenses | 545 | 326 | 67% |

General and administrative expenses increased by $219 million, or 67%, to $545 million from 2020 to 2021 primarily due to higher staff compensation cost (including share-based compensation) and higher consultancy fees with the expansion of our operations.

*Research and development expenses*

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | 2020-2021 |
| --- | --- | --- | --- |
| | 2021 | 2020 | % Change |
| Research and development expenses | 356 | 257 | 39% |

Research and development expenses increased by $99 million, or 39%, to $356 million in 2021, primarily due to the increase in personnel-related compensation from incentives such as equity compensation and bonus.

*Net impairment losses on financial assets*

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | 2020-2021 |
| --- | --- | --- | --- |
| | 2021 | 2020 | % Change |
| Net impairment losses on financial assets | 19 | 63 | (71)% |

Net impairment losses on financial assets decreased by $44 million, or 71%, to $19 million in 2021, primarily driven by lower provision for bad debts with the transition towards and growing use of electronic wallets by our driver- and merchant-partners and consumers.

*Other expenses*

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | 2020-2021 |
| --- | --- | --- | --- |
| | 2021 | 2020 | % Change |
| Other expenses | 11 | 40 | (73)% |

Other expenses decreased by $29 million, or 73%, to $11 million in 2021, due to a decrease in goodwill impairment.

*Net finance costs*

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | 2020-2021 |
| --- | --- | --- | --- |
| | 2021 | 2020 | % Change |
| Net finance costs | 1,989 | 1,437 | 38% |

Net finance costs increased by $553 million, or 38%, to $1,989 million in 2021. The increase in net finance costs was primarily due to $353 million share listing expense and higher interest incurred as a result of the issuance of additional convertible redeemable preference shares. In 2021, GHI issued $463 million of convertible redeemable preference shares with a net increase in finance costs of $155 million from higher interest accretion.

**Table of Contents**

**Comparison of the Years Ended December 31, 2020 and 2019**

*Revenue by segment*

| ($ in millions, unless otherwise stated) | Year Ended December 31 | |
| --- | --- | --- |
| | **2020** | **2019** |
| **Revenue** | **469** | **(845)** |
| Deliveries | 5 | (638) |
| Mobility | 438 | 9 |
| Financial Services | (10) | (229) |
| Enterprise and New Initiatives | 36 | 13 |

*Revenue by geographical locations*

| ($ in millions, unless otherwise stated) | Year Ended December 31, | |
| --- | --- | --- |
| | **2020** | **2019** |
| **Revenue** | **469** | **(845)** |
| Singapore | 246 | (30) |
| Malaysia | 91 | 92 |
| Philippines | 51 | 39 |
| Thailand | 57 | (19) |
| Rest of Southeast Asia | 24 | (927) |

Our revenue increased by $1.3 billion, to $469 million in 2020 from $(845) million in 2019.

Revenue is presented net of base incentives, excess incentives and consumer incentives. Base incentives were $178 million and $519 million in 2020 and 2019, respectively. Excess incentives were $443 million and $715 million in 2020 and 2019, respectively, and consumer incentives were $616 million and $1.1 billion in 2020 and 2019, respectively.

Deliveries revenue was $5 million in 2020 compared to revenue of $(638) million in 2019. These increases were driven by an increase in deliveries GMV of 86%, or $2.5 billion, to $5.5 billion in 2020 compared to $2.9 billion in 2019, driven primarily by increasing consumer demand and number of merchant-partners using our platform. Demand was driven by growth in digitalization resulting from stay-at-home and movement control orders, work-from-home arrangements and social distancing measures implemented as a result of the COVID-19 pandemic in our markets. We were also able to utilize our driver-partners providing mobility services to support and meet the increasing demand for delivery services. Deliveries revenue as a percentage of deliveries GMV improved as we gained network efficiency in our driver-partner base, and were able to improve our overall value proposition in terms of merchant selection, delivery performance and application experience on our superapp platform. In addition, the increase in revenue was also due to the reduction of driver- and merchant-partner and consumer incentives. Our partner incentives were $466 million and $477 million in 2020 and 2019, respectively. Our consumer incentives were $437 million and $483 million in 2020 and 2019, respectively.

Mobility revenue increased by $429 million, to $438 million in 2020 compared to $9 million in 2019, which was primarily due to ride hailing revenue increasing by $473 million, partially offset by decrease in rental income from motor vehicles of $44 million. The increase in revenue was primarily due to the reduction of driver-partner incentives and fees and consumer incentives, despite a decrease in ride hailing demand, which was adversely impacted by the COVID-19 pandemic, as reflected by the decrease in GMV for mobility. Our incentives decreased by $887 million (comprised of decreases of $592 million in partner incentives and $294 million in consumer incentives) to $251 million (comprised of $151 million in partner incentives and $100 million in consumer incentives) for the year ended December 31, 2020 compared to $1,137 million (comprised of $743 million in partner incentives and $394 million in consumer incentives) for the year ended December 31, 2019, which resulted in a corresponding increase in our mobility revenue, as we reduced incentives in the face of the COVID-19 pandemic. The COVID-19 pandemic and the associated stay-at-home and movement control orders, work-from-home arrangements and social distancing measures, as well as border closures and travel restrictions, which started in 2020, had a negative impact on mobility demand, and accordingly also on mobility GMV, in 2020. As a result of the effects of the COVID-19 pandemic, GMV for mobility decreased to $3.2 billion in 2020 compared to $5.7 billion in 2019. In addition, in order to comply with social distancing requirements and improve safety, we suspended our GrabShare offering and temporarily suspended our GrabHitch offering. The decrease in rental income was due to reduced demand for mobility offerings. Mobility revenue as a percentage of mobility GMV increased from 0% in 2019 to 14% in 2020, as we continued to reduce partner and consumer incentives and our reliance on such incentives to maintain and grow our driver-partner and consumer base.

**Table of Contents**

Financial services revenue improved to $(10) million in 2020, compared to $(229) million in 2019. The increase was primarily due to a reduction in consumer incentives at OVO coupled with growth in our GrabPay e-wallet business as consumers increased online spending and increased usage of the GrabPay and OVO wallets as cashless transactions increased, in each case driven primarily by changing consumer preferences resulting from the COVID-19 pandemic and an increase in merchant-partners acceptance of GrabPay.

Enterprise and new initiatives revenue increased by $23 million, or 178%, to $36 million in 2020 compared to $13 million in 2019. The increase was primarily due to the introduction of GrabAds through the second half of 2019 and early 2020.

### Cost of revenue

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | 2019-2020 |
| | 2020 | 2019 | % Change |
|---|---|---|---|
| Cost of revenue | 963 | 1,320 | (27)% |

Cost of revenue decreased by $357 million, or 27%, to $963 million in 2020 from $1.3 billion in 2019, primarily due to $274 million reduction in the amortization of intangible assets, on a reducing balance basis, related to our non-compete agreement with Uber. The remaining cost improvement was due to reductions in technology costs, impairment costs and processing fees.

### Other income

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | 2019-2020 |
| | 2020 | 2019 | % Change |
|---|---|---|---|
| Other income | 33 | 14 | 136% |

Other income increased by $19 million or 136% to $33 million in 2020 from $14 million in 2019. The increase was due to wage reimbursements from various governments due to the COVID-19 pandemic.

### Sales and marketing expenses

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | 2019-2020 |
| | 2020 | 2019 | % Change |
|---|---|---|---|
| Sales and marketing expenses | 151 | 238 | (37)% |

Sales and marketing expenses decreased by $87 million, or 37%, to $151 million in 2020 from $238 million in 2019. The reduction is mainly driven by an overall reduction in media and direct marketing activities due to the impact of the COVID-19 pandemic.

### General and administrative expenses

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | 2019-2020 |
| | 2020 | 2019 | % Change |
|---|---|---|---|
| General and administrative expenses | 326 | 304 | 7% |

General and administrative expenses increased by $22 million, or 7%, to $326 million in 2020 primarily due to higher staff compensation costs including share-based compensation, as a result of higher headcount as we expanded our operations, litigation provisions and higher professional fees relating to mergers and acquisitions.

### Research and development expenses

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | 2019-2020 |
| | 2020 | 2019 | % Change |
|---|---|---|---|
| Research and development expenses | 257 | 231 | 11% |

**Table of Contents**

Research and development expenses increased by $26 million, or 11%, to $257 million in 2020, primarily due to the increase in personnel-related compensation from increased research and development headcount and higher share-based compensation. We also noted a decrease in capitalized research and development expenses for qualified development projects during 2020 as compared to 2019.

### *Net impairment losses on financial assets*

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | 2019-2020 |
| --- | --- | --- | --- |
| | **2020** | **2019** | **% Change** |
| Net impairment losses on financial assets | 63 | 56 | 13% |

Net impairment losses on financial assets increased by $7 million, or 13%, to $63 million in 2020, primarily driven by increased provision for bad debts as a result of the COVID-19 pandemic.

### *Other expenses*

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | 2019-2020 |
| --- | --- | --- | --- |
| | **2020** | **2019** | **% Change** |
| Other expenses | 40 | 30 | 33% |

Other expenses increased by $11 million, or 33%, to $40 million in 2020, due to an increase in goodwill impairment.

### *Net finance costs*

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | 2019-2020 |
| --- | --- | --- | --- |
| | **2020** | **2019** | **% Change** |
| Net finance costs | 1,437 | 971 | 48% |

Net finance costs increased by $466 million, or 48%, to $1.4 billion in 2020. The increase in net finance costs was primarily due to higher interest incurred as a result of the issuance of additional convertible redeemable preference shares, net change in fair value of financial assets and impairment loss and change in fair value on investments in associates. In 2020, GHI issued $1.4 billion of convertible redeemable preference shares with a net increase in finance costs of $384 million from higher interest accretion.

### Key Non-IFRS Financial Measures

In addition to the measures presented in our consolidated financial statements, we use the following key non-IFRS financial measures to help us evaluate our business, identify trends affecting our business, formulate business plans, and make strategic decisions.

### *Total Segment Adjusted EBITDA*

Total Segment Adjusted EBITDA is a non-IFRS financial measure representing the sum of Segment Adjusted EBITDA of our four business segments. Segment Adjusted EBITDA is a non-IFRS financial measure, representing the Adjusted EBITDA of each of our four business segments, excluding, in each case, regional corporate costs. Total Segment Adjusted EBITDA and Segment Adjusted EBITDA also reflect any applicable exclusions from Adjusted EBITDA. See "Adjusted EBITDA" below. Total Segment Adjusted EBITDA and Segment Adjusted EBITDA each have limitations as financial measures, should be considered as supplemental in nature, and are not meant as a substitute for the related financial information prepared in accordance with IFRS. For a reconciliation of Total Segment Adjusted EBITDA to the most directly comparable IFRS measure see the section titled "—Reconciliation of Non-IFRS Financial Measures."

**Table of Contents**

Regional corporate costs are costs that are not attributed to any of the business segments, including certain regional research and development expenses, general and administrative expenses and marketing expenses. These regional research and development expenses also include mapping and payment technologies and support and development of the internal technology infrastructure. These general and administrative expenses also include certain shared costs such as finance, accounting, tax, human resources, technology and legal costs. Regional corporate costs exclude share-based compensation expenses. Total Segment Adjusted EBITDA is a useful indicator of the economics of our segments, as it does not include regional corporate costs.

Despite the impact of the COVID-19 pandemic, our mobility business experienced revenue growth in 2020 and 2021, and positive Segment Adjusted EBITDA for the same periods. Meanwhile, our deliveries Segment Adjusted EBITDA trended positively, driven by the revenue growth experienced by the segment in 2020 and 2021. We expect continued Segment Adjusted EBITDA improvement over the long-term as we continue to scale our business and achieve greater efficiencies in our operating expenses.

The table below sets forth Total Segment Adjusted EBITDA for the periods indicated.

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | | 2020-2021 % Change | 2019-2020 % Change |
| --- | --- | --- | --- | --- | --- |
| | **2021** | **2020** | **2019** | | |
| Overall Total Segment Adjusted EBITDA | (125) | (226) | (1,554) | 45% | 85% |
| Deliveries | (130) | (211) | (809) | 38% | 74% |
| Mobility | 345 | 307 | (194) | 13% | NM |
| Financial Services | (349) | (331) | (548) | (5)% | 40% |
| Enterprise & New Initiatives | 9 | 9 | (3) | NM | NM |

*Adjusted EBITDA*

Adjusted EBITDA is a non-IFRS financial measure calculated as net loss adjusted to exclude: (i) net interest income (expenses), (ii) other income (expenses), (iii) income tax expenses, (iv) depreciation and amortization, (v) share-based compensation expenses, (vi) costs related to mergers and acquisitions, (vii) unrealized foreign exchange gain (loss), (viii) impairment losses on goodwill and non-financial assets, (ix) fair value changes on investments, (x) restructuring costs, (xi) legal, tax and regulatory settlement provisions and (xii) share listing and associated expenses.

Adjusted EBITDA has limitations as a financial measure, should be considered as supplemental in nature, and is not meant as a substitute for the related financial information prepared in accordance with IFRS. For a reconciliation of Adjusted EBITDA to the most directly comparable IFRS measure see the section titled "—Reconciliation of Non-IFRS Financial Measures."

*Reconciliation of Non-IFRS Financial Measures*

To supplement our financial information, we use the following non-IFRS financial measures: Adjusted EBITDA, Segment Adjusted EBITDA and Total Segment Adjusted EBITDA. However, the definitions of our non-IFRS financial measures may be different from those used by other companies, and therefore, may not be comparable. Furthermore, these non-IFRS financial measures have certain limitations in that they do not include the impact of certain expenses that are reflected in our consolidated financial statements that are necessary to run our business. Thus, these non-IFRS financial measures should be considered in addition to, not as substitutes for, or in isolation from, measures prepared in accordance with IFRS.

We compensate for these limitations by providing a reconciliation of these non-IFRS financial measures to the related IFRS financial measures. We encourage investors and others to review our financial information in its entirety, not to rely on any single financial measure and to view these non-IFRS financial measures in conjunction with their respective related IFRS financial measures.

132

The following tables provide reconciliations of Adjusted EBITDA, Segment Adjusted EBITDA and Total Segment Adjusted EBITDA.

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | |
|---|---|---|---|
| | 2021 | 2020 | 2019 |
| **Loss for the period** | **(3,555)** | **(2,745)** | **(3,988)** |
| Net interest expenses | 1,675 | 1,391 | 977 |
| Other income | (12) | (10) | (13) |
| Income tax expenses | 3 | 2 | 7 |
| Depreciation and amortization | 345 | 387 | 647 |
| Share-based compensation expenses | 357 | 54 | 34 |
| Unrealized foreign exchange loss | 1 | * | 4 |
| Impairment losses on goodwill and non-financial assets | 15 | 43 | 60 |
| Fair value changes on investments | (37) | 57 | 3 |
| Restructuring costs | 1 | 2 | 1 |
| Legal, tax and regulatory settlement provisions | 12 | 39 | 31 |
| Share listing and associated expenses | 353 | — | — |
| **Adjusted EBITDA** | **(842)** | **(780)** | **(2,237)** |
| Regional corporate costs | 717 | 554 | 683 |
| **Total Segment Adjusted EBITDA** | **(125)** | **(226)** | **(1,554)** |
| **Segment Adjusted EBITDA** | | | |
| Deliveries | (130) | (211) | (809) |
| Mobility | 345 | 307 | (194) |
| Financial Services | (349) | (331) | (548) |
| Enterprise and New Initiatives | 9 | 9 | (3) |
| **Total Segment Adjusted EBITDA** | **(125)** | **(226)** | **(1,554)** |

Note:
* Amount less than $1 million

**Financial Measures by Business Segment**

*Deliveries*

The table below highlights key financial measures for our deliveries segment.

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | | 2020-2021 % Change | 2019-2020 % Change |
|---|---|---|---|---|---|
| | 2021 | 2020 | 2019 | | |
| Revenue | 148 | 5 | (638) | NM | NM |
| Segment Adjusted EBITDA[1] | (130) | (211) | (809) | 38% | 74% |
| *% of GMV* | (2)% | (4)% | (27)% | | |

Note:
(1) Segment Adjusted EBITDA is a non-IFRS financial measure, representing the Adjusted EBITDA of each of our four business segments, excluding, in each case, regional corporate costs.

Our deliveries business has scaled significantly since its launch in 2018, with growth further accelerating as consumers increased adoption of deliveries services in response to the COVID-19 pandemic. This strong growth is reflected in an increase in revenue of $142 million to $148 million for the year ended December 31, 2021. Going forward, we expect Segment Adjusted EBITDA to further improve as we continue to scale and develop our deliveries business.

133

**Table of Contents**

*Mobility*

The table below highlights key financial measures for our mobility segment.

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | | 2020-2021 % Change | 2019-2020 % Change |
|---|---|---|---|---|---|
| | **2021** | **2020** | **2019** | | |
| Revenue | 456 | 438 | 9 | 4% | NM |
| Segment Adjusted EBITDA[1] | 345 | 307 | (194) | 13% | NM |
| *% of GMV* | 12% | 9% | (3)% | | |

Note:

(1)    Segment Adjusted EBITDA is a non-IFRS financial measure, representing the Adjusted EBITDA of each of our four business segments, excluding, in each case, regional corporate costs.

Our mobility business was impacted significantly by the COVID-19 pandemic and the implementation of city and country lockdowns in 2020, which continued into 2021. Governments from time to time continue to implement measures or encourage actions to curb the spread of COVID-19, including new stay-at-home and movement control orders, work-from-home arrangements and social distancing measures, and as a result, our mobility offerings continue to be impacted by the COVID-19 pandemic. Despite these challenging circumstances, revenue increased by 4% to $456 million for the year ended December 31, 2021, underlining strong unit economics fundamentals in our mobility business.

*Financial Services*

The table below highlights key financial measures for our financial services segment.

| ($ in millions) | Year Ended December 31, | | | 2020-2021 % Change | 2019-2020 % Change |
|---|---|---|---|---|---|
| | **2021** | **2020** | **2019** | | |
| Revenue | 27 | (10) | (229) | NM | 95% |
| Segment Adjusted EBITDA[1] | (349) | (331) | (548) | (5)% | 40% |

Note:

(1)    Segment Adjusted EBITDA is a non-IFRS financial measure, representing the Adjusted EBITDA of each of our four business segments, excluding, in each case, regional corporate costs.

Our financial services business has scaled significantly since 2019 as we have rolled out new offerings. Despite the impact of the COVID-19 pandemic, our revenue increased from $(10) million for the year ended December 31, 2020 to $27 million for the year ended December 31, 2021, reflecting the continued growth potential in the financial services business.

*Enterprises and New Initiatives*

The table below highlights key financial measures for our enterprise and new initiatives segment.

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | | 2020-2021 % Change | 2019-2020 % Change |
|---|---|---|---|---|---|
| | **2021** | **2020** | **2019** | | |
| Revenue | 44 | 36 | 13 | 22% | 178% |
| Segment Adjusted EBITDA[1] | 9 | 9 | (3) | NM | NM |
| *% of GMV* | 6% | 21% | (34)% | | |

Note:

(1)    Segment Adjusted EBITDA is a non-IFRS financial measure, representing the Adjusted EBITDA of each of our four business segments, excluding, in each case, regional corporate costs.

The enterprise and new initiatives segment generated revenue of $44 million and $36 million for the years ended December 31, 2021 and 2020, respectively. Additionally, Segment Adjusted EBITDA remained consistent at $9 million in the year ended December 31, 2021 and $9 million in the year ended December 31, 2020, and Segment Adjusted EBITDA as a percentage of GMV went from 21% during the year ended December 31, 2020 to 6% during the year ended December 31, 2021.

## Key Operating Metrics

Our revenue and results of operations are driven by the following key operating metrics, which our management reviews in order to understand and evaluate our current and past business and financial performance, identify trends affecting our business, formulate business plans, and make strategic decisions.

The table below sets forth key operating metrics for the periods indicated.

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | | 2020-2021 % Change | 2019-2020 % Change |
| --- | --- | --- | --- | --- | --- |
| | 2021 | 2020 | 2019 | | |
| GMV | 16,061 | 12,492 | 12,251 | 29% | 2% |
| MTUs (monthly average in millions) | 24.1 | 24.5 | 29.2 | (2)% | (16)% |
| Partner incentives | 717 | 621 | 1,234 | 15% | (50)% |
| Consumer incentives | 1,065 | 616 | 1,117 | 73% | (45)% |
| Partner and consumer incentives | 1,782 | 1,237 | 2,351 | 44% | (47)% |

### Gross Merchandise Value

Gross Merchandise Value ("GMV") is an operating metric representing the sum of the total dollar value of transactions from our services, including any applicable taxes, tips, tolls and fees, over the period of measurement. GMV is a metric by which we understand, evaluate and manage our business, and we believe is necessary for investors to understand and evaluate our business. GMV provides useful information to investors as it represents the amount of a consumer's spend that is being directed through our platform. This metric enables us and investors to understand, evaluate and compare the total amount of consumer spending that is being directed through our platform over a period of time. We present GMV as a metric to understand and compare, and to enable investors to understand and compare our aggregate operating results, which captures significant trends in our business over time. GMV has historically increased as our business has grown and was $16.1 billion for the year ended December 31, 2021. In 2020, due to the impact of the COVID-19 pandemic, GMV declined for the first half but recovered from the second half onwards. This was underpinned by similar trends in our number of MTUs. In 2021, consumers continued to increase adoption of deliveries and financial services in response to the COVID-19 pandemic. We experienced a decrease in ride hailing demand in 2021, due to the impact of movement restrictions, as reflected in the decline in GMV for our mobility business. We achieved overall growth in GMV from 2020 to 2021 of approximately 29%. We believe that we have a significant opportunity to continue growing GMV due to the extent of the market opportunity across all of our business verticals, along with our platform advantages. In addition to a rebound in mobility volumes and GMV as countries eventually enter into a recovery phase from COVID-19, we expect to achieve growth in our newer deliveries, financial services and enterprise and new initiatives businesses as they continue to mature.

The table below sets forth GMV by segment for the periods indicated.

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | | 2020-2021 % Change | 2019-2020 % Change |
| --- | --- | --- | --- | --- | --- |
| | 2021 | 2020 | 2019 | | |
| Overall GMV | 16,061 | 12,492 | 12,251 | 29% | 2% |
| Deliveries GMV | 8,530 | 5,468 | 2,947 | 56% | 86% |
| Mobility GMV | 2,787 | 3,232 | 5,715 | (14)% | (43)% |
| Financial Services GMV | 4,591 | 3,748 | 3,579 | 22% | 5% |
| Enterprise & New Initiatives GMV | 153 | 44 | 9 | 248% | 416% |

135

**Monthly Transacting Users**

Monthly transacting users ("MTUs") is an operating metric defined as the number of unique consumers who have successfully paid for an offering on our platform within a given month, across any of our segments. For example, a consumer who made one food delivery transaction and one mobility transaction in the same month is counted as only one Grab MTU. MTUs over a quarterly or annual period are calculated based on the average of the MTUs for each month in the relevant period. We present our MTUs as a metric to understand and evaluate our business growth, and to enable investors to do the same. Due to the impact of the COVID-19 pandemic, we experienced a decline in MTUs of 0.4 million or (2)% to 24.1 million in 2021 from 24.5 million in 2020 as movement restrictions severely impacted our mobility business. Although we expect a return to MTU growth when economies in our markets recover from the COVID-19 pandemic, uncertainty remains as to the nature and timing of a full recovery as the COVID-19 pandemic continues to impact Southeast Asia and our markets have seen spikes in COVID-19 cases, and government measures are tightened from time to time.

The table below sets forth MTUs by segment for the periods indicated.

| (monthly average in millions, unless otherwise stated) | Year Ended December 31, | | | 2020-2021 % Change | 2019-2020 % Change |
|---|---|---|---|---|---|
| | 2021 | 2020 | 2019 | | |
| Overall MTUs | 24.1 | 24.5 | 29.2 | (2)% | (16)% |
| Deliveries MTUs | 17.3 | 14.8 | 10.7 | 17% | 38% |
| Mobility MTUs | 11.4 | 14.6 | 24.7 | (22)% | (41)% |
| Financial Services MTUs | 12.7 | 10.4 | 10.3 | 22% | 1% |

Overall Group MTUs have stayed relatively stable in the year ended December 31, 2021 compared to the year ended December 31, 2020. The decrease in mobility MTUs due to the extensive COVID-19 related restrictions and lockdowns across our markets in 2021 was offset by the increase in deliveries MTUs and financial services MTUs in the same period. Financial services MTUs grew due to deeper on-platform penetration on platform driven by growth in deliveries MTU. This growth was partially offset by COVID-19 related restrictions and lockdowns which negatively affected mobility and in-store cashless growth.

*Gross Merchandise Value per Monthly Transacting User*

Our ecosystem synergies and the continued rollout of new offerings drive increasing spend and engagement across the existing user base and attract new consumers to try offerings on our platform. This is evidenced by our GMV per MTU which has grown significantly since 2020 due to the growing proportion of MTUs using multiple offerings. We expect to drive growth in GMV per MTU as we continue to scale our offerings and realize the benefits of our ecosystem. Financial services offerings have contributed to GMV per MTU growth and we believe this continues to be a meaningful metric as it represents the amount of a consumer's spend that is being directed through our platform. Financial services GMV includes OVO and GrabPay payments from successful P2P (peer-to-peer), P2M (peer-to-merchant) transactions, payments from successful digital goods transactions from Grab's airtime and BillPay services, payments from successful online acceptance transactions (on-demand via Wallet Balance or PayLater from non-Grab services online), payments from subscription fees for deliveries and mobility offerings, value of buy transactions for wealth products and gross written premiums for insurance products.

The table below sets forth GMV per MTU for the periods indicated.

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | | 2020-2021 % Change | 2019-2020 % Change |
|---|---|---|---|---|---|
| | 2021 | 2020 | 2019 | | |
| Overall GMV per MTU | 666 | 509 | 419 | 31% | 21% |

136

Table of Contents

*Partner Incentives and Consumer Incentives*

Partner incentives represent the dollar value of incentives granted to driver- and merchant-partners, the effect of which is to reduce revenue. The incentives granted to driver- and merchant-partners include base incentives and excess incentives, with base incentives being the amount of incentives paid to driver- and merchant-partners up to the amount of commissions and fees earned by us from those driver- and merchant-partners, and excess incentives being the amount of payments made to driver- and merchant-partners that exceed the amount of commissions and fees earned by us from those driver- and merchant-partners. Consumer incentives represent the dollar value of discounts and promotions offered to consumers, the effect of which is to reduce revenue. Partner and consumer incentives are metrics by which we understand, evaluate and manage our business, and we believe are necessary for investors to understand and evaluate our business. We believe these metrics capture significant trends in our business over time.

*Partner Incentives*

The table below sets forth partner incentives by segment for the periods indicated.

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | | 2020-2021 % Change | 2019-2020 % Change |
|---|---|---|---|---|---|
| | 2021 | 2020 | 2019 | | |
| Overall partner incentives | 717 | 621 | 1,234 | 15% | (50)% |
| % of GMV | 4% | 5% | 10% | | |
| Deliveries | 602 | 466 | 477 | 29% | (2)% |
| Mobility | 114 | 151 | 743 | (25)% | (80)% |
| Financial Services | * | 3 | 13 | NM | (80)% |
| Enterprise & New Initiatives | * | 2 | 1 | NM | 139% |

Note:
\* Amounts less than $1 million

*Consumer Incentives*

The table below sets forth consumer incentives by segment for the periods indicated.

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | | 2020-2021 % Change | 2019-2020 % Change |
|---|---|---|---|---|---|
| | 2021 | 2020 | 2019 | | |
| Overall consumer incentives | 1,065 | 616 | 1,117 | 73% | (45)% |
| % of GMV | 7% | 5% | 9% | | |
| Deliveries | 800 | 437 | 483 | 83% | (10)% |
| Mobility | 82 | 100 | 394 | (17)% | (75)% |
| Financial Services | 80 | 80 | 244 | NM | (67)% |
| Enterprise & New Initiatives | 103 | * | (5) | NM | NM |

Note:
\* Amounts less than $1 million

*Partner and Consumer Incentives*

The table below sets forth partner and consumer incentives by segment for the periods indicated.

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | | 2020-2021 % Change | 2019-2020 % Change |
|---|---|---|---|---|---|
| | 2021 | 2020 | 2019 | | |
| Overall partner and consumer incentives | 1,782 | 1,237 | 2,351 | 44% | (47)% |
| % of GMV | 11% | 10% | 19% | | |
| Deliveries | 1,402 | 903 | 960 | 55% | (6)% |
| Mobility | 196 | 251 | 1,137 | (22)% | (78)% |
| Financial Services | 80 | 82 | 258 | (2)% | (68)% |
| Enterprise & New Initiatives | 103 | 2 | (4) | NM | NM |

137

**Key Operating Metrics by Business Segment**

*Deliveries*

The table below highlights key operating metrics which drive our revenue for the deliveries segment.

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | | 2020-2021 % Change | 2019-2020 % Change |
|---|---|---|---|---|---|
| | **2021** | **2020** | **2019** | | |
| Revenue | 148 | 5 | (638) | NM | NM |
| Segment Adjusted EBITDA[1] | (130) | (211) | (809) | 38% | 74% |
| GMV[2] | 8,530 | 5,468 | 2,947 | 56% | 86% |
| MTUs[3] (monthly average in millions) | 17.3 | 14.8 | 10.7 | 17% | 38% |
| Commission rate[4] | 18% | 17% | 11% | | |
| Partner incentives[5] | (602) | (466) | (477) | 29% | (2)% |
| Consumer incentives[6] | (800) | (437) | (483) | 83% | (10)% |

Notes:
(1)  Segment Adjusted EBITDA is a non-IFRS financial measure, representing the Adjusted EBITDA of each of our four business segments, excluding, in each case, regional corporate costs.
(2)  GMV means gross merchandise value, an operating metric representing the sum of the total dollar value of transactions from our services, including any applicable taxes, tips, tolls and fees, over the period of measurement.
(3)  MTUs means monthly transacting users, which is an operating metric defined as the monthly number of unique users who transact via our products, where transact means to have successfully paid for any of our products. MTUs over a quarterly or annual period are calculated based on the average of the MTUs for each month in the relevant period.
(4)  Commission rate is an operating metric, representing the total dollar value paid to us in the form of commissions and fees from each transaction, without any adjustments for incentives paid to driver- and merchant-partners or promotions to end-users, as a percentage of GMV, over the period of measurement.
(5)  Partner incentives represent the dollar value of incentives granted to driver- and merchant-partners, the effect of which is to reduce revenue. The incentives granted to driver- and merchant-partners include base incentives and excess incentives, with base incentives being the amount of incentives paid to driver- and merchant-partners up to the amount of commissions and fees earned by us from those driver- and merchant-partners, and excess incentives being the amount of payments made to driver- and merchant-partners that exceed the amount of commissions and fees earned by us from those driver- and merchant-partners. Base incentives amounted to $89 million, $64 million and $53 million for the years ended December 31, 2021, 2020 and 2019, respectively.
(6)  Consumer incentives represent the dollar value of discounts and promotions offered to consumers, the effect of which is to reduce revenue.

The revenue growth for our deliveries segment in 2020 and 2021 was driven by an increase in GMV for the same periods. For the year ended December 31, 2021, the revenue growth was partially offset by an increase in partner and consumer incentives. GMV for our deliveries segment is calculated as the sum of the total dollar value of the orders placed through our platform, including any applicable taxes, tips, tolls, delivery fees and platform and other fees. We generate revenue through commissions from driver- and merchant-partners, calculated as a percentage of the total dollar value and delivery fee of each GrabFood, GrabKitchen, GrabMart, and GrabExpress order. For GrabKios, we generate revenue by charging a commission on the total value of goods sold by GrabKios agents.

138

*Mobility*

The table below highlights key operating metrics which drive our revenue for the mobility segment.

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | | 2020-2021 % Change | 2019-2020 % Change |
|---|---|---|---|---|---|
| | **2021** | **2020** | **2019** | | |
| Revenue | 456 | 438 | 9 | 4% | NM |
| Segment Adjusted EBITDA[1] | 345 | 307 | (194) | 13% | NM |
| GMV[2] | 2,787 | 3,232 | 5,715 | (14)% | (43)% |
| MTUs[3] (monthly average in millions) | 11.4 | 14.6 | 24.7 | (22)% | (41)% |
| Commission rate[4] | 23% | 21% | 20% | | |
| Partner incentives[5] | (114) | (151) | (743) | (25)% | (80)% |
| Consumer incentives[6] | (82) | (100) | (394) | (17)% | (75)% |

Notes:
(1) Segment Adjusted EBITDA is a non-IFRS financial measure, representing the Adjusted EBITDA of each of our four business segments, excluding, in each case, regional corporate costs.
(2) GMV means gross merchandise value, an operating metric representing the sum of the total dollar value of transactions from our services, including any applicable taxes, tips, tolls and fees, over the period of measurement.
(3) MTUs means monthly transacting users, which is an operating metric defined as the monthly number of unique users who transact via our products, where transact means to have successfully paid for any of our products. MTUs over a quarterly or annual period are calculated based on the average of the MTUs for each month in the relevant period.
(4) Commission rate is an operating metric, representing the total dollar value paid to us in the form of commissions and fees from each transaction, without any adjustments for incentives paid to driver- and merchant-partners or promotions to end-users, as a percentage of GMV, over the period of measurement.
(5) Partner incentives represent the dollar value of incentives granted to driver- and merchant-partners, the effect of which is to reduce revenue. The incentives granted to driver- and merchant-partners include base incentives and excess incentives, with base incentives being the amount of incentives paid to driver- and merchant-partners up to the amount of commissions and fees earned by us from those driver- and merchant-partners, and excess incentives being the amount of payments made to driver- and merchant-partners that exceed the amount of commissions and fees earned by us from those driver- and merchant-partners. Base incentives amounted to $66 million, $114 million and $464 million for the years ended December 31, 2021, 2020 and 2019, respectively.
(6) Consumer incentives represent the dollar value of discounts and promotions offered to consumers, the effect of which is to reduce revenue.

Our mobility segment experienced revenue growth in 2020 and 2021. The reduced demand for mobility offerings due to the COVID-19 pandemic was reflected in decreased GMV for the same periods. Despite challenging conditions, we continued to reduce partner and consumer incentives for the mobility segment in 2021, which drove the growth in revenue. GMV for our mobility segment is calculated as the sum of the total dollar value of rides taken on our platform, including any applicable taxes, tips, tolls, and fees. Revenue from lease payments from our rentals business is also included in our mobility segment financials. We generate revenue for each ride based on a commission as a percentage of the total cost of the ride, exclusive of tolls and taxes.

*Financial Services*

The table below highlights the key operating metrics which drive our revenue for the financial services segment.

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | | 2020-2021 % Change | 2019-2020 % Change |
|---|---|---|---|---|---|
| | **2021** | **2020** | **2019** | | |
| Revenue | 27 | (10) | (229) | NM | 95% |
| Segment Adjusted EBITDA[1] | (349) | (331) | (548) | (5)% | 40% |
| Pre-InterCo TPV[2] | 12,149 | 8,856 | 7,773 | 37% | 14% |
| GMV[3] | 4,591 | 3,748 | 3,579 | 22% | 5% |
| MTUs[4] (monthly average in millions) | 12.7 | 10.4 | 10.3 | 22% | 1% |
| Commission rate[5] | 2% | 2% | 1% | | |
| Partner incentives[6] | (*) | (3) | (13) | NM | (80)% |
| Consumer incentives[7] | (80) | (80) | (244) | NM | (67)% |

**Table of Contents**

Notes:

\*     Amount less than $1 million.

(1)    Segment Adjusted EBITDA is a non-IFRS financial measure, representing the Adjusted EBITDA of each of our four business segments, excluding, in each case, regional corporate costs.

(2)    Pre-InterCo TPV for the financial services segment is equivalent to the total payments volume, or TPV, processed through our platform for the financial services segment. TPV is the value of payments received from consumers, net of payment reversals, successfully completed through our platform.

(3)    GMV for the financial services segment is equivalent to the total payments volume, or TPV, processed through our platform for the financial services segment, excluding amounts from transactions between entities within the Grab group that are eliminated upon consolidation.

(4)    MTUs means monthly transacting users, which is an operating metric defined as the monthly number of unique users who transact via our products, where transact means to have successfully paid for any of our products. MTUs over a quarterly or annual period are calculated based on the average of the MTUs for each month in the relevant period.

(5)    Commission rate is an operating metric, representing the total dollar value paid to us in the form of commissions and fees from each transaction, without any adjustments for incentives paid to driver- and merchant-partners or promotions to end-users, as a percentage of GMV, over the period of measurement.

(6)    Partner incentives represent the dollar value of incentives granted to driver- and merchant-partners, the effect of which is to reduce revenue. The incentives granted to driver- and merchant-partners include base incentives and excess incentives, with base incentives being the amount of incentives paid to driver- and merchant-partners up to the amount of commissions and fees earned by us from those driver- and merchant-partners, and excess incentives being the amount of payments made to driver- and merchant-partners that exceed the amount of commissions and fees earned by us from those driver- and merchant-partners. Base incentives were less than $1 million, less than $1 million and $2 million for the years ended December 31, 2021, 2020 and 2019, respectively.

(7)    Consumer incentives represent the dollar value of discounts and promotions offered to consumers, the effect of which is to reduce revenue.

The revenue growth for our financial services segment in 2020 and 2021 was driven by an increase in GMV for the same periods with the roll-out of new offerings.

**Enterprise and New Initiatives**

The table below highlights the key operating metrics which drive our revenue for the enterprise and new initiatives segment.

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | | 2020-2021 % Change | 2019-2020 % Change |
|---|---|---|---|---|---|
| | 2021 | 2020 | 2019 | | |
| Revenue | 44 | 36 | 13 | 22% | 178% |
| Segment Adjusted EBITDA[1] | 9 | 9 | (3) | NM | NM |
| GMV[2] | 153 | 44 | 9 | 248% | 416% |
| Partner incentives[3] | (*) | (2) | (*) | NM | NM |
| Consumer incentives[4] | (103) | (*) | 5 | NM | NM |

Notes:

\*     Amount less than $1 million

(1)    Segment Adjusted EBITDA is a non-IFRS financial measure, representing the Adjusted EBITDA of each of our four business segments, excluding, in each case, regional corporate costs.

(2)    GMV means gross merchandise value, an operating metric representing the sum of the total dollar value of transactions from our services, including any applicable taxes, tips, tolls and fees, over the period of measurement.

(3)    Partner incentives represent the dollar value of incentives granted to driver- and merchant-partners, the effect of which is to reduce revenue. The incentives granted to driver- and merchant-partners include base incentives and excess incentives, with base incentives being the amount of incentives paid to driver- and merchant-partners up to the amount of commissions and fees earned by us from those driver- and merchant-partners, and excess incentives being the amount of payments made to driver- and merchant-partners that exceed the amount of commissions and fees earned by us from those driver- and merchant-partners. Base incentives were less than $1 million for the years ended December 31, 2021, 2020 and 2019.

(4)    Consumer incentives represent the dollar value of discounts and promotions offered to consumers, the effect of which is to reduce revenue.

The revenue growth for our enterprises and new initiatives segment in 2020 and 2021 was driven by an increase in GMV with the growth in services. The increase in consumer incentives in 2021 was primarily due to the introduction of Grab Marketing Services (GMS) in late 2020, where merchants purchase advertising services to participate in thematic/seasonal campaigns. We utilize consumer incentives to drive consumer engagement with participating merchants.

**B. Liquidity and Capital Resources**

Our principal sources of liquidity have been cash and cash equivalents raised from transactions relating to the Business Combination, the issuance of convertible redeemable preference shares, loan facilities and equity financing at the subsidiary level.

As of December 31, 2021, our assets exceeded our liabilities by $8.0 billion. Our liabilities exceeded our assets by $6.3 billion as of December 31, 2020 and we incurred a net loss after tax of $3.6 billion and $2.7 billion for the years ended December 31, 2021 and 2020, respectively. In addition, we had accumulated losses of $14.4 billion as of December 31, 2021. To support our business plans, we raised funding primarily through a term loan facility and issuance of convertible redeemable preference shares. We secured additional liquidity with the closing of GHI's first senior secured term loan facility, the Term Loan B Facility, in January 2021 of $2.0 billion that carries an interest rate based on cost of funds plus 4.5%. We also secured additional funding of approximately $45.3 million as part of its Series A financing round for Grab Financial Group for the year ended December 31, 2021. We raised $0.5 billion and $1.4 billion of cash during the years ended December 31, 2021 and 2020, respectively, through the issuance of convertible redeemable preference shares. We also incurred non-cash interest expenses related to such convertible redeemable preference shares of $1.6 billion and $1.4 billion for the years ended December 31, 2021 and 2020, respectively. Such convertible redeemable preference shares were canceled and converted into the right to receive Ordinary Shares upon completion of the Business Combination in December 2021 and as a result, we no longer recognize any liability component nor any interest expense incurred with respect to such convertible redeemable preference shares.

Our unrestricted cash and cash equivalents comprise cash balances and short-term deposits with maturities of three months or less from the date of acquisition that are subject to an insignificant risk of changes in their fair value and are used to manage short-term commitments. Marketable securities consisted primarily of investment-grade corporate bonds. Restricted cash and non-current deposits comprises deposits pledged with banks as security in relation to the utilization of certain bank services, monies received and held in escrow in connection with certain contractual obligations and advances received in connection with our electronic wallet or e-wallet services. Our cash and cash equivalents are primarily denominated in U.S. Dollars as well as in local currencies of the markets where we operate.

We believe that our current available cash and cash equivalents and our credit facilities will be sufficient to meet our working capital requirements and capital expenditures in the ordinary course of business for a period of at least twelve months from the date hereof. We intend to finance our future working capital requirements and capital expenditures from cash generated from operating activities, funds raised from financing activities, and funds raised in connection with the Business Combination. Our future capital requirements depend on many factors including our growth rate, the continuing market acceptance of our offerings, the timing and extent of spending to support our efforts to develop our platform, and the expansion of sales and marketing activities. Further, we may in the future enter into arrangements to acquire or invest in businesses, products, services, and technologies. Therefore, we may decide to enhance our liquidity position or increase our cash reserve for future investments or operations through additional financing activities, which may include further equity or debt financing. The issuance and sale of additional equity would result in further dilution to our shareholders. The incurrence of indebtedness would result in increased fixed obligations and could result in operating or financial covenants that restrict our operations.

**Table of Contents**

The following table sets forth a summary of our cash flows for the periods indicated.

| ($ in millions, unless otherwise stated) | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | **2021** | **2020** | **2019** |
| **Net cash flow** | **2,871** | **617** | **232** |
| Net cash used in operating activities | (938) | (643) | (2,112) |
| Net cash provided by (used in) investing activities | (2,757) | (318) | 393 |
| Net cash provided by financing activities | 6,566 | 1,578 | 1,951 |

**Operating Activities**

Net cash used in operating activities was $938 million for the year ended December 31, 2021, primarily consisting of $3.6 billion of loss for the year, adjusted for certain non-cash items, which included a $1.7 billion finance cost mainly relating to convertible redeemable preference shares, non-cash amortization of intangible assets mainly relating to a non-compete agreement of $236 million, depreciation expense of $109 million, financial assets impairment of $19 million, non-cash share-based compensation expense of $357 million, listing expenses of $353 million and change in provisions of $15 million. This was offset by a change in finance income mainly relating to interest income on our debt investments of $65 million. The net change in operating assets and liabilities are primarily the result of a $181 million increase in trade and other receivables and $83 million increase in deposits, offset by a $137 million increase in trade and other payables. Additionally, there was a $3 million charge for taxes paid.

Net cash used in operating activities was $643 million for the year ended December 31, 2020, primarily consisting of $2.7 billion of loss for the year, adjusted for certain non-cash items, which included a $1.5 billion finance cost mainly relating to convertible redeemable preference shares, non-cash amortization of intangible assets mainly relating to a non-compete agreement of $261 million, depreciation expense of $126 million, non-cash impairment of intangible assets and property, plant and equipment of $43 million, financial assets impairment of $63 million, non-cash share-based compensation expense of $54 million, a non-cash charge to litigation provisions of $31 million, our share of loss of equity-accounted investees of $8 million, and loss on disposal of property, plant and equipment of $9 million. This was offset by a change in finance income mainly relating to interest income on our debt investments of $53 million. The net change in operating assets and liabilities are primarily the result of a $31 million decrease in trade and other receivables and a $42 million increase in trade and other payables. Additionally, there was a $7 million charge for taxes paid.

Net cash used in operating activities was $2.1 billion for the year ended December 31, 2019, primarily consisting of $4.0 billion of loss for the year, adjusted for certain non-cash items, which included a $1.1 billion finance cost mainly relating to convertible redeemable preference shares and amortization of intangible assets mainly relating to a non-compete agreement of $538 million, depreciation expense of $109 million, non-cash impairment of intangible assets and property, plant and equipment of $60 million, financial assets impairment of $56 million and non-cash share-based compensation expense of $34 million. This was offset by a change in finance income mainly relating to interest income on our debt investments of $85 million. The net change in operating assets and liabilities was primarily the result of a $75 million increase in trade and other receivables and a $181 million increase in trade and other payables. Additionally, there was a $8 million charge for tax paid.

**Investing Activities**

Net cash used in investing activities was $2.8 billion for the year ended December 31, 2021, primarily consisting $2.7 billion for the purchase of other investments and $16 million in share subscription in associates. Additionally, $85 million was used for the purchases of property, plant and equipment and intangible assets. These were offset by proceeds from the sale of property, plant and equipment of $25 million, proceeds from sale of an associate of $8 million and cash interest received of $28 million.

Net cash used in investing activities was $318 million in 2020, primarily consisting of $359 million for the purchase of investments and $30 million in the placement of certain restricted cash deposits. Additionally, $18 million used for the purchase of intangible assets and $22 million used for the purchases of property, plant and equipment were offset by proceeds from the sale of property, plant and equipment of $63 million and cash interest received of $51 million.

Net cash from investing activities was $393 million in 2019, primarily consisting of $579 million in proceeds from the sale of other investments, $79 million in cash interest received and $6 million in proceeds from the sale of property, plant and equipment offset by $42 million for the purchase of intangible assets, $98 million for the purchases of property, plant and equipment, $32 million for the acquisition of subsidiaries and non-controlling interests and the placement of certain fixed restricted cash deposits of $99 million.

**Table of Contents**

**Financing Activities**

Net cash provided by financing activities was $6.6 billion for the year ended December 31, 2021, primarily consisting of $4.4 billion in proceeds from the Business Combination, $2.0 billion in proceeds from borrowings, $463 million in proceeds from issuance of convertible redeemable preference shares, and an additional $443 million in proceeds from subscription of shares in subsidiaries by non-controlling interests, $46 million from the proceeds of the exercising of share options, offset by $460 million in acquisition of non-controlling interests without a change in control, $176 million in the repayment of long and short-term debt, $24 million for the payment of lease liabilities, $23 million for deposits pledged and $108 million for cash interest paid.

Net cash provided by financing activities was $1.6 billion in 2020, primarily consisting of $1.4 billion in proceeds from the issuance of convertible redeemable preference shares, and an additional $329 million attributed from proceeds from subscription of shares in a subsidiary by non-controlling interests, $5 million from the proceeds of the exercising of share options and $8 million in proceeds from borrowings, offset by $106 million in the repayment of long and short-term debt, $30 million for the payment of lease liabilities and $17 million for cash interest paid.

Net cash provided by financing activities was $2.0 billion in 2019, primarily consisting of $1.9 billion in proceeds from the issuance of convertible redeemable preference shares, $6 million from the proceeds of the exercising of share options and an additional $327 million from proceeds from subscription of shares in a subsidiary by non-controlling interests, offset by $69 million in the repayment of long and short-term debt, $28 million for the payment of lease liabilities, $203 million for the acquisition of non-controlling interests without change in control and $20 million for cash interest paid.

**Capital Expenditures**

Our capital expenditures amounted to $85 million, $40 million and $140 million for the years ended December 31, 2021, 2020 and 2019, respectively. Our historical capital expenditures are primarily related to our facilities and procurement of our vehicles fleet, primarily across Singapore and Indonesia. We expect to continue to make capital expenditures to meet the expected growth in scale of our business and expect that cash generated from our cash and cash equivalents following the Business Combination Transactions and cash from operating activities and financing activities may be used to meet our capital expenditure needs in the foreseeable future.

**Indebtedness**

The following table shows the amount of our total consolidated short-term and long-term debt outstanding as of December 31, 2021, 2020 and 2019:

| ($ in millions, unless otherwise stated) | As of December 31, | | |
| --- | --- | --- | --- |
| | **2021** | **2020** | **2019** |
| **Current maturities of long-term liabilities** | | | |
| Bank loans and term loans | 1,930 | 91 | 163 |
| **Long-term liabilities—net of current maturities** | | | |
| Bank loans and term loans | 122 | 121 | 133 |
| **Total** | **2,052** | **212** | **296** |

We entered into a $2.0 billion senior secured term loan B facility (the "Term Loan B Facility") in January 2021. Borrowings under the Term Loan B Facility bear interest at a floating rate equal to either, at our option, (i) a base rate, subject to a 2.00% floor, plus a margin of 3.50% per annum or (ii) a Eurodollar rate, subject to a 1.00% floor, plus a margin of 4.50% per annum. The Term Loan B Facility matures on January 29, 2026, and requires quarterly principal payments of 0.25% of the original principal amount per quarter through December 31, 2025, with any remaining balance payable on January 29, 2026. The term loan credit agreement in connection with the Term Loan B Facility contains certain affirmative and negative covenants applicable to us and certain of our subsidiaries, including, among other things, restrictions on indebtedness, liens and fundamental changes. The Term Loan B Facility is secured by substantially all assets of GHI and certain of its subsidiaries and all proceeds and products of the foregoing. The Term Loan B Facility proceeds may be used for general corporate purposes of GHI and certain of its subsidiaries. As of December 31, 2021, $1.9 billion in principal amount and accrued interest was outstanding under the Term Loan B Facility.

143

As of December 31, 2021, we and our subsidiaries had available credit facilities of an aggregate of $2.1 billion, of which $2.1 billion was drawn and outstanding. From time to time, we may also decide to refinance our indebtedness, including the Term Loan B Facility. Other than the Term Loan B Facility, a majority of these facilities are secured against vehicles rented to driver-partners through our rental business in Malaysia, Singapore and Indonesia. These financings are on an arm's-length terms with an average duration of five years and interest rates of up to 11.50%. These facilities are denominated in local currencies with local financial institutions and leasing companies and contain customary affirmative and negative covenants applicable to Grab and/or certain of our subsidiaries, including, among other things, restrictions on indebtedness, liens, and fundamental changes. Among such facilities is an aggregate of approximately $283 million (the "Maybank Facilities") entered into based on letters of blanket hire purchase facility with Malayan Banking Berhad, by one of our subsidiaries, Grab Rentals Pte. Ltd., of which approximately $39 million was drawn and outstanding as of December 31, 2021. The Maybank Facilities are secured against vehicles we rent to driver-partners in Singapore and have tiered interest rates ranging between 1.8% and 2.08% with an average duration of five years.

## Contractual and Other Obligations

The following table summarizes our contractual obligations and commitments as of December 31, 2021:

| ($ in millions, unless otherwise stated) | Payments Due by Period | | | |
| --- | --- | --- | --- | --- |
| | Total | Less than 1 year | 1-5 years | More than 5 years |
| Bank loans and term loans[1] | 2,572 | 205 | 2,367 | — |
| Lease liabilities commitments | 197 | 23 | 58 | 116 |
| Non-cancelable purchase obligations[2] | 544 | 299 | 245 | — |
| **Total contractual obligations** | **3,313** | **527** | **2,670** | **116** |

Notes:
(1)  Each item includes expected interest payments.
(2)  Non-cancelable purchase obligations primarily pertain to the purchase of onboarding, data processing and technology platform infrastructure services.

We did not have during the periods presented, and we do not currently have, any off-balance sheet financing arrangements or any relationships with unconsolidated entities or financial partnerships, including entities sometimes referred to as structured finance or special purpose entities, that were established for the purpose of facilitating off-balance sheet arrangements or other contractually narrow or limited purposes.

## Holding Company Structure

The parent company of our group, Grab Holdings Limited, is a Cayman Islands incorporated investment holding company. It facilitates group treasury activities and international financial transactions such as fund raising but does not have substantive business operations. We conduct our operations in Southeast Asia primarily through our subsidiaries and consolidated affiliated entities. As a result, our ability to pay dividends depends upon dividends paid by our subsidiaries and consolidated affiliated entities. If our existing or future subsidiaries or consolidated affiliated entities incur debt on their own behalf in the future, the instruments governing their debt may restrict their ability to pay dividends to us.

In addition, as determined in accordance with local regulations, our subsidiaries and consolidated affiliated entities in certain Southeast Asian markets may be restricted from paying us dividends offshore or from transferring a portion of their assets to us, either in the form of dividends, loans or advances, unless certain requirements are met and regulatory approvals are obtained. Even though we currently do not require any such dividends, loans or advances from our entities for working capital and other funding purposes, we may in the future require additional cash resources from them due to changes in business conditions, to fund future acquisitions and development, or merely to declare and pay dividends or distributions to our shareholders.

144

**Table of Contents**

Certain of the markets in which we have significant subsidiaries or consolidated affiliated entities, including Indonesia and Thailand, require those subsidiaries or consolidated affiliated entities to establish and fund statutory reserves. Indonesian laws require a limited liability company to reserve an unspecified amount from its net profit in any year for which the balance of retained earnings is positive as a reserve fund until such fund amounts to at least 20% of its issued and paid up capital. Regulations in Thailand require a private limited liability company to allocate at least 5% of its retained earnings into a legal reserve fund at the time the dividend is paid until and unless the legal reserve fund reaches 10% of the company's registered capital. The legal reserve is not available for dividend distribution.

### C. Research and Development, Patents and Licenses, etc.

See "Item 4. Information on the Company—B. Business Overview—Our Approach" and "Item 4. Information on the Company—B. Business Overview—Intellectual Property" of this annual report.

### D. Trend Information

Not applicable.

### E. Critical Accounting Estimates

Our consolidated financial statements are prepared in accordance with IFRS. The preparation of these consolidated financial statements requires us to make estimates and assumptions that affect the reported amounts of assets, liabilities, revenue, expenses and related disclosures. See Notes 3.4, 4.1, 4.3, 4.9 and 4.11 to our consolidated financial statements included elsewhere in this report for additional information on our critical accounting estimates and policies.

145