# Skadden, Arps, Slate, Meagher & Flom LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-4132
DIRECT FAX
(917) 777-4132
EMAIL ADDRESS
SUSAN.SALTZSTEIN@SKADDEN.COM

February 20, 2024

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

> Due to trial-related conflicts in the Court's calendar, the Court requests that the parties jointly propose times for the week of February 26 (at any time) or the week of March 4 (between the hours of 12:00 p.m. and 2:00 p.m.). The Court can hold argument remotely if necessary. If there are no mutually available times during those periods, the parties shall promptly inform the Court.
>
> **SO ORDERED.**
>
> Dated: February 21, 2024
> New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

RE:  *In re Grab Holdings Ltd. Securities Litigation*, 22-cv-02189 (JLR)

Dear Judge Rochon:

We are counsel to Grab Holdings Limited, Anthony Tan, Peter Oey, Tan Hooi Ling, Maa Ming-Hokng, John Rogers, Dara Khosrowshahi, Ng Shin Ein and Oliver Jay (the "Grab Defendants"). On February 19, the Court scheduled oral argument on the pending motions to dismiss for March 1, 2024. (ECF No. 95.) We are unavailable on that date due to a long-standing client commitment requiring travel by the Grab Defendants' counsel out-of-state. Pursuant to Rule 1.F of Your Honor's Individual Rules of Practice in Civil Cases, we respectfully request that the Court reschedule the argument. We have conferred with the other parties, who do not object to the requested adjournment. All parties are available on April 2, 3, and 25, 2024, if any of those dates are convenient to the Court for argument.

There have been no prior requests for an extension, and the requested adjournment will not have any impact on any other dates scheduled in the action.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Susan L. Saltzstein*

Susan L. Saltzstein