**UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GRAB HOLDINGS LIMITED SECURITIES LITIGATION | Case No. 1:22-cv-02189-JLR<br>Hon. Jennifer L. Rochon<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF PLAINTIFFS'
MOTION FOR ISSUANCE OF A LETTER ROGATORY PURSUANT TO THE HAGUE
CONVENTION ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR
COMMERCIAL MATTERS DATED MARCH 18, 1970**

Pursuant to 28 U.S.C. § 1746, I, Shannon L. Hopkins, hereby declare under penalty of perjury that the following is true to the best of my knowledge and belief:

1.      I am a member of the bar of the State of New York and a partner with the law firm Levi & Korsinsky, LLP, co-lead counsel for the co-Lead Plaintiffs ("Plaintiffs") in the above-captioned action. I submit this declaration in support of Plaintiffs' Motion for Issuance of a Letter Rogatory Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters Dated March 18, 1970 (the "Motion").

2.      Attached as Exhibit A to this Declaration is Plaintiffs' Request for International Judicial Assistance Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters Dated March 18, 1970 ("Letter Rogatory").

3.      Defendants do not oppose Plaintiffs' Motion.

4.      Upon the Court's issuance of the Letter Rogatory, Levi & Korsinsky, LLP will transmit the original, signed Letter Rogatory to the Registrar of the Supreme Court of Singapore.

Dated: August 5, 2024                    Respectfully submitted,

                                         **LEVI & KORSINSKY, LLP**

1

<u>/s/ Shannon L. Hopkins</u>
Shannon L. Hopkins
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel.: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Co-Lead Counsel for Co-Lead Plaintiffs and
the Proposed Classes*

2