**UNITED STATES DISTRICT COURT OF THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GRAB HOLDINGS LIMITED SECURITIES LITIGATION | Case No. 1:22-cv-02189-JLR<br>Hon. Jennifer L. Rochon<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING MOTION FOR ISSUANCE OF A LETTER ROGATORY PURSUANT TO THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS DATED MARCH 18, 1970**

This Court having reviewed Plaintiffs' Motion for Issuance of a Letter Rogatory Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters Dated March 18, 1970, as well as the supporting papers, HEREBY ORDERS THAT:

1.      The Motion is GRANTED.

2.      This Court shall sign the Letter Rogatory attached as Exhibit A to the Declaration of Shannon L. Hopkins, and affix the seal of the United States District Court for the Southern District of New York over its signature in the Letter Rogatory.

3.      The signed Order and the Letter Rogatory will be given to Levi & Korsinsky, LLP, co-lead counsel for co-Lead Plaintiffs, who will transmit the original, signed Letter Rogatory to the Registrar of the Supreme Court of Singapore, 1 Supreme Court Lane, Singapore 178879, Republic of Singapore.

4.      The Court shall retain jurisdiction over any and all issues arising from, or related to, the implementation and interpretation of this Order.

Dated  August 6   , 2024
New York, New York

_____
The Honorable Jennifer L. Rochon
United States District Judge