**UNITED STATES DISTRICT COURT OF THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GRAB HOLDINGS LIMITED SECURITIES LITIGATION | Case No. 1:22-cv-02189-JLR<br>Hon. Jennifer L. Rochon<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF PLAINTIFFS'
UNOPPOSED MOTION FOR ISSUANCE OF A LETTER ROGATORY PURSUANT TO
THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD IN CIVIL
OR COMMERCIAL MATTERS DATED MARCH 18, 1970**

Pursuant to 28 U.S.C. § 1746, I, Shannon L. Hopkins, hereby declare under penalty of perjury that the following is true to the best of my knowledge and belief:

1.      I am a member of the bar of the State of New York and a partner with the law firm Levi & Korsinsky, LLP, co-lead counsel for the co-Lead Plaintiffs ("Plaintiffs") in the above-captioned action. I submit this declaration in support of Plaintiffs' Motion for Issuance of a Letter Rogatory Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters Dated March 18, 1970 (the "Motion").

2.      Attached as Exhibit A to this Declaration is Plaintiffs' Request for International Judicial Assistance Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters Dated March 18, 1970 ("Letter Rogatory").

3.      On July 30, 2024, non-party J.P. Morgan Securities LLC ("J.P. Morgan U.S.") served its responses and objections to Plaintiffs' subpoena for the production of documents on Plaintiffs through its counsel, Jones Day, wherein J.P. Morgan U.S. stated that its responses were limited to J.P. Morgan's Equity Capital Markets Group and services performed for Defendant

Altimeter Growth Corp.  J.P. Morgan U.S. further referred Plaintiffs to seek documents from their foreign affiliate, J.P. Morgan Securities (Asia Pacific) Limited for documents relating to advisory services to Grab Holdings Limited ("Grab") in connection with the Merger via the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

4.     In follow-up email discussions between Levi & Korsinsky and Jones Day, co-lead counsel requested that Jones Day ascertain whether J.P. Morgan (S.E.A.) Limited provided advisory services to Grab in connection with the Merger. In an August 16, 2024 email, Jones Day represented that J.P. Morgan (S.E.A.) Limited provided advisory services to Grab in connection with the Merger, rather than J.P. Morgan Securities (Asia Pacific) Limited. Accordingly, the J.P. Morgan's M&A Advisory Group referenced in the Proxy/Registration Statement is affiliated with J.P. Morgan (S.E.A.) Limited. Jones Day also confirmed that it only represents J.P. Morgan U.S. in the August 16, 2024 email.

5.     Defendants do not oppose Plaintiffs' Motion.

6.     Upon the Court's issuance of the Letter Rogatory, Levi & Korsinsky will transmit the original, signed Letter Rogatory to the Registrar of the Supreme Court of Singapore.

Dated: August 23, 2024                          Respectfully submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel.: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Co-Lead Counsel for Co-Lead Plaintiffs and the Proposed Classes*

2