

**Brian P. O'Connell**
Of Counsel

September 19, 2024

**BY: ECF**

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *In re Grab Holdings Limited Securities Litigation*, 1:22-cv-02189-JLR

Dear Judge Rochon:

My firm, together with Levi & Korsinsky, LLP, are Co-Lead Counsel for Lead Plaintiffs Si Fan, Amit Batra, and SLG Cloudbank Holdings, LLC. On May 24, 2024, the Court entered a Civil Case Management Plan and Scheduling Order which, *inter alia*, set a remote case management conference for September 23, 2024 at 4:00 p.m. We write with the consent of all parties to inform the Court that the parties are unaware of any issues at this time necessitating the Court's consideration and that the parties jointly seek an adjournment of the case management conference for thirty (30) days. No party has previously sought an adjournment of the case management conference.

Wherefore, pursuant to Local Civil Rule 7.1(d) and Rules 1.F. and 3.H. of Your Honor's Individual Rules of Practice in Civil Cases, the parties respectfully request that the Court adjourn the status to November 4, 5, or 6.

The request is GRANTED. The September 23, 2024 remote case management conference is adjourned to November 4, 2024 at 10:30 a.m.

Respectfully,

SO ORDERED.

Dated: September 19, 2024
       New York, New York

*/s/ Brian P. O'Connell*
Brian P. O'Connell

**JENNIFER L. ROCHON**
**United States District Judge**

CC: Counsel for Defendants

boconnell@pomlaw.com
10 South LaSalle St., Suite 3505, Chicago, IL 60303    Main: 312.377.1181    Direct: 312.881.4859
NEW YORK    CHICAGO    LOS ANGELES    LONDON    PARIS    TEL AVIV
www.pomlaw.com