

**Brian P. O'Connell**
Of Counsel

December 30, 2024

**BY: ECF**

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *In re Grab Holdings Limited Securities Litigation*, **1:22-cv-02189-JLR**

Dear Judge Rochon:

    My firm, together with Levi & Korsinsky, LLP, are Co-Lead Counsel for Lead Plaintiffs Si Fan, Amit Batra, and SLG Cloudbank Holdings, LLC. Pursuant to Your Honor's Order dated November 1, 2024 (ECF No. 136), we attach the Stipulation of Settlement executed by the Parties. We have filed a placeholder motion for preliminary approval, and will file all remaining motion papers before the end of this week.

                               Respectfully,

                               /s/ *Brian P. O'Connell*
                               Brian P. O'Connell

CC: Counsel for Defendants

boconnell@pomlaw.com
10 South LaSalle St., Suite 3505, Chicago, IL 60303    Main: 312.377.1181    Direct: 312.881.4859
NEW YORK    CHICAGO    LOS ANGELES    LONDON    PARIS    TEL AVIV
www.pomlaw.com