**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GRAB HOLDINGS LIMITED SECURITIES LITIGATION | Case No. 1:22-cv-02189-JLR |

**DECLARATION OF BRIAN P. O'CONNELL**
**IN SUPPORT OF UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

1.      I, Brian P. O'Connell, am an attorney licensed to practice in the States of Illinois and California, and am admitted *pro hac vice* in this Action. I am an attorney at the firm of Pomerantz LLP, Co-Lead Counsel in the above-captioned litigation, and have represented Plaintiffs throughout this litigation. I submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

2.      Attached hereto as Exhibit I is a true and correct copy of the Stipulation of Settlement executed on December 30, 2024. The Stipulation includes the following attachments:

Exhibit A       [Proposed] Preliminary Approval Order

Exhibit A-1     Notice of Pendency of Class Action and Proposed Settlement, Final Approval Hearing and Motion for Attorneys' Fees and Expenses

Exhibit A-2     Proof of Claim Form

Exhibit A-3     Postcard Notice

Exhibit A-4     Summary Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses

Exhibit B       Proposed Judgment

I declare that the foregoing is true and correct.


Executed on January 2, 2025

*/s/ Brian P. O'Connell*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on January 2, 2025, I served a copy of foregoing to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on January 2, 2025.


/s/ *Brian P. O'Connell*
Brian P. O'Connell