# Exhibit A-2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GRAB HOLDINGS LIMITED SECURITIES LITIGATION | Case No. 1:22-cv-02189-JLR |
| | **CLASS ACTION** |

**PROOF OF CLAIM AND RELEASE**

### I.     GENERAL INSTRUCTIONS

1.      It is important that you completely read the Notice of Pendency of Class Action and Proposed Settlement, Final Approval Hearing and Motion for Attorneys' Fees and Expenses (the "Notice") that accompanies this Proof of Claim and Release ("Claim Form") including the Plan of Allocation of the Net Settlement Fund set forth in the Notice. The Notice is also available on the Settlement website at: www.GrabSecuritiesSettlement.com. The Notice describes the proposed Settlement, how Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court. The Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Notice, including the terms of the releases described therein and provided for herein.

2.      To be eligible to receive a share of the Net Settlement Fund in connection with the Settlement of the action entitled *In re Grab Holdings Limited Securities Litigation,* Case No. 1:22-cv-02189-JLR (S.D.N.Y.) (the "Action"), you must complete and, on page 6 below, sign this Claim Form. If you fail to submit a timely and properly addressed (as explained in paragraph 4 below) Claim Form, your claim may be rejected and you may not receive any recovery from the Net Settlement Fund created in connection with the proposed Settlement.

3.      Submission of this Claim Form, however, does not assure that you will share in the proceeds of the Settlement of the Action.

4.      **THIS CLAIM FORM MUST BE SUBMITTED ONLINE AT WWW.GRABSECURITIESSETTLEMENT.COM NO LATER THAN _____, 2025, OR, IF MAILED, BE POSTMARKED NO LATER THAN _____, 2025, ADDRESSED AS FOLLOWS**:

Grab Securities Settlement
c/o A.B. Data Ltd.
PO Box 173038
Milwaukee, WI 53217
Toll-free: [_____]
Fax: [_____]
info@GrabSecuritiesSettlement.com

5.      If you are a member of the Settlement Class (as defined in the Notice) and you do not timely request exclusion in response to the Notice dated _____, 2025 you are bound by the terms of any judgment entered in the Action, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A CLAIM FORM OR RECEIVE A PAYMENT.

### II.     CLAIMANT IDENTIFICATION

1.      By submitting this Claim Form, you will be making a request to share in the proceeds of the Settlement described in the Notice. If you are not a Settlement Class Member (see the definition of the Settlement Class on page 5 of the Notice), do not submit a Claim Form. **You may not, directly or indirectly,**

**participate in the Settlement if you are not a Class Member.** Thus, if you are excluded from the Class, any Claim Form that you submit, or that may be submitted on your behalf, will not be accepted.

2.      Use **Part A** of this form entitled "Claimant Information" to identify each beneficial owner of Grab or AGC securities that form the basis of this claim, as well as the owner of record if different. **THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL OWNERS OR THE LEGAL REPRESENTATIVE OF SUCH OWNERS**. If you held the Grab/AGC securities in your own name, you were the beneficial owner as well as the record holder. If, however, your Grab/AGC securities were registered in the name of a third party, such as a nominee or brokerage firm, you were the beneficial owner of those shares, but the third party was the record holder.

3.      All joint owners must sign this claim. Executors, administrators, guardians, conservators, and trustees must complete and sign this claim on behalf of persons represented by them and their authority must accompany this claim and their titles or capacities must be stated. The Social Security (or taxpayer identification) number and telephone number of the beneficial owner may be used in verifying the claim. Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

## III.      IDENTIFICATION OF TRANSACTIONS

1.      Use **Part B** of this form entitled "Schedule of Transactions in Grab/AGC Securities" to supply all required details of your transaction(s) in Grab and/or AGC securities. If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form. Sign and print or type your name on each additional sheet.

2.      On the schedule, provide all of the requested information with respect to your holdings, purchases, acquisitions, and sales of Grab or AGC securities, whether the transactions resulted in a profit or a loss. Failure to report all such transactions may result in the rejection of your claim.

3.      The date of covering a "short sale" of Grab shares is deemed to be the date of purchase of Grab shares. The date of a "short sale" of Grab shares is deemed to be the date of sale of Grab shares.

4.      Copies of broker confirmations or other documentation of your transactions must be submitted with your claim. Failure to provide this documentation could delay verification of your claim or result in rejection of your claim. **THE PARTIES DO NOT HAVE INFORMATION ABOUT YOUR TRANSACTIONS IN GRAB OR AGC SECURITIES.**

5.      NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with authority to file on behalf of (a) accounts of multiple Settlement Class Members and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their transactions in an electronic spreadsheet format.  If you are a Representative Filer, you must contact the Claims Administrator at info@GrabSecuritiesSettlement.com or visit their website at www.GrabSecuritiesSettlement.com to obtain the required file layout.  Claims which are not submitted in electronic spreadsheet format and in accordance with the Claims Administrator's instructions may be subject to rejection. All Representative Filers MUST also submit a manually signed Claim Form, as well as proof of authority to file (see Item 3 of the Claimant Identification), along with the electronic spreadsheet format.  No claims submitted in electronic spreadsheet format will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

6.      NOTICE REGARDING ONLINE FILING:  Claimants who are not Representative Filers may submit their claims online using the electronic version of the Claim Form hosted at www.GrabSecuritiesSettlement.com.  If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Claim Form has been submitted.  If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@GrabSecuritiesSettlement.com or [800-XXX-XXXX]. If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Claim Form.

## PART A – CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above. Complete names of all persons and entities must be provided.

Beneficial Owner's Name

Co-Beneficial Owner's Name

Name

Entity Name (if claimant is not an individual)

Representative or Custodian Name (if different from Beneficial Owner(s) listed above)

Address1 (street name and number)

Address2 (apartment, unit, or box number)

City                                    State          ZIP/Postal Code

Foreign Country (only if not USA)              Foreign County (only if not USA)

| Last Four (4) Digits of Social Security Number | OR | Last Seven (7) Digits of Taxpayer Identification Number |
|---|---|---|
| _____ | | _____ |

Telephone Number (home)                      Telephone Number (work)

Email Address

Account Number (if filing for multiple accounts, file a separate Claim Form for each account)

Claimant Account Type (check appropriate box):
☐   Individual (includes joint owner accounts)    ☐ Pension Plan      ☐ Trust
☐   Corporation                                   ☐ Estate
☐   IRA/401K                                       ☐ Other _____ (please specify)

Identify any professional roles by job title and dates (including but not limited to, director, officer, employee, consultant, agent), you have ever have had at Grab, Grab Holdings, Inc., or at Altimeter Growth Corp.

Page 3 of 7

## PART B: SCHEDULE OF TRANSACTIONS IN GRAB/AGC SECURITIES

Do not include information regarding any securities other than Grab, and its predecessor, AGC. Please include proper documentation with your Claim Form as described in detail in Section III – Identification of Transactions, above.

| TRANSACTIONS IN PUBLICLY-LISTED AGC SHARES IN DECEMBER 2021 |
| --- |
| **1. HOLDINGS AS OF DECEMBER 1, 2021** – State the total number of shares of AGC held as of the opening of trading on December 1, 2021. If none, write "zero" or "0." _____ |
| **2. AGC SHARES EXCHANGED FOR GRAB CLASS A ORDINARY SHARES IN DECEMBER 2021** – State the total number of AGC shares you exchanged for GRAB Class A Ordinary Shares in December 2021. (Must be documented.) If none, write "zero" or "0." _____ |
| **3. AGC SHARES REDEEMED IN DECEMBER 2021** – State the total number of shares of AGC you redeemed in December 2021. (Must be documented.) If none, write "zero" or "0." _____ |

| GRAB HOLDINGS INC. SHARES EXCHANGED IN DECEMBER 2021 |
| --- |
| **4. GRAB HOLDINGS INC. SHARES HELD AND EXCHANGED FOR FREELY-TRANSFERABLE GRAB CLASS A ORDINARY SHARES ON DECEMBER 2, 2021. –** State the total number of freely transferable Grab Holdings, Inc. shares held and exchanged for Grab Class A Ordinary Shares. (Free Transferability of Shares as of December 2, 2021 must be documented. Shares subject to a lock-up agreement or any other transfer restrictions are not eligible). If none write "zero" or "0". _____ |

| TRANSACTIONS IN PUBLIC GRAB SECURITIES ON OR AFTER DECEMBER 2, 2021 |
| --- |
| **5. PURCHASES/ACQUISITIONS FROM DECEMBER 2, 2021 THROUGH MARCH 3, 2022** – Separately list each and every purchase or acquisition of public Grab Class A Ordinary Shares or other public Grab securities from December 2, 2021 through March 3, 2022. (Must be documented.) |

| Date of Purchase / Acquisition (List Chronologically) (MM/DD/YY) | Number of Shares Purchased / Acquired | Purchase / Acquisition Price Per Share | Total Purchase / Acquisition Price (excluding any taxes, commissions, and fees) | Confirm Proof of Purchase / Acquisition Enclosed |
| --- | --- | --- | --- | --- |
| /        / | | $ | $ | ☐ |
| /        / | | $ | $ | ☐ |
| /        / | | $ | $ | ☐ |
| /        / | | $ | $ | ☐ |

| **6. PURCHASES/ACQUISITIONS FROM MARCH 4, 2022 THROUGH JUNE 1, 2022** – State the total number of shares of public Grab Class A Ordinary Shares or other public Grab securities purchased or acquired from March 4, 2022 through June 1, 2022. If none, write "zero" or "0." _____ |
| --- |
| **7. SALES FROM DECEMBER 2, 2021 THROUGH JUNE 1, 2022** – Seperately list each and every sale or disposition of Grab Class A Ordinary Shares or other public Grab securities from December 2, 2021 through June 1, 2022. (Must be documented.) |

| Date of Sale / Disposition (List Chronologically) (MM/DD/YY) | Number of Shares Sold / Acquired Disposed | Sale Price Per Share | Total Sale Price (excluding any taxes, commissions, and fees) | Confirm Proof of Sale / Disposition Enclosed |
|---|---|---|---|---|
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |

**8. HOLDINGS AS OF JUNE 1, 2022** – State the total number of Grab Class A Ordinary shares or other public Grab securities held as of the close of trading on June 1, 2022. If none, write "zero" or "0."

_____

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX:  ☐**

**IV.     SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS**

By signing and submitting this Claim Form, the claimant(s) or the person(s) acting on behalf of the claimant(s) certify(ies) that: I (We) submit this Claim Form under the terms of the Stipulation described in the accompanying Notice. I (We) also submit to the jurisdiction of the United States District Court for the Southern District of New York (the "Court") with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the releases set forth herein. I (We) further acknowledge that I (we) will be bound by the terms of any judgment entered in connection with the Settlement in the Action, including the releases set forth therein. I (We) agree to furnish additional information to the Claims Administrator to support this claim, such as additional documentation for transactions in eligible Grab or AGC securities, if required to do so. I (We) have not submitted any other claim covering the same transactions in Grab or AGC securities during the Settlement Class Period and know of no other person having done so on my (our) behalf.

**V.     RELEASES, WARRANTIES, AND CERTIFICATION**

1.     I (We) hereby warrant and represent that I am (we are) a Settlement Class Member as defined in the Notice, that I am (we are) not excluded from the Settlement Class, that I am (we are) not one of the "Released Defendant Parties" as defined in the accompanying Notice.

2.     As a Settlement Class Member, I (we) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever settle, release, and discharge with prejudice the Released Claims as to each and all of the Released Defendant Parties (as these terms are defined in the accompanying Notice). This release shall be of no force or effect unless and until the Court approves the Settlement and it becomes effective on the Effective Date.

3.     I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

4.     I (We) hereby warrant and represent that I (we) have included information about all of my (our) purchases, acquisitions and sales of Grab and/or AGC securities that occurred during the Settlement Class Period and the number of shares of securities held by me (us), to the extent requested.

5.     I (We) certify that I am (we are) NOT subject to backup tax withholding. (If you have been notified by the Internal Revenue Service that you are subject to backup withholding, please strike out the prior sentence.)

I declare under penalty of perjury under the laws of the United States of America that all of the foregoing information supplied on this Claim Form by the undersigned is true and correct.

Executed this _____ day of _____, in _____, _____
                                        (Month / Year)            (City)              (State/Country)

_____                    _____
Signature of Claimant                                                        Signature of Joint Claimant, if any

_____                    _____
Print Name of Claimant                                                      Print Name of Joint Claimant, if any

_____

(Capacity of person(s) signing, *e.g.*, Beneficial Purchaser, Executor or Administrator)

Grab Securities Settlement
c/o A.B. Data Ltd.
PO Box 173038
Milwaukee, WI 53217

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME.
THANK YOU FOR YOUR PATIENCE.

**REMINDER CHECKLIST:**

1. Please sign this Claim Form.
2. DO NOT HIGHLIGHT THE CLAIM FORM OR YOUR SUPPORTING DOCUMENTATION.
3. Attach only copies of supporting documentation as these documents will not be returned to you.
4. Keep a copy of your Claim Form for your records.
5. The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days. **Your claim is not deemed submitted until you receive an acknowledgment e-mail (or postcard if e-mail is not available).** If you do not receive an acknowledgment postcard within 60 days, please call the Claims Administrator toll free at [800-_____].
6. If you move after submitting this Claim Form please notify the Claims Administrator of the change in your address, otherwise you may not receive additional notices or payment.