# Exhibit A-3

Securities Settlement
c/o A.B. Data Ltd.
PO Box 173038
Milwaukee WI, 53217

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*Important Notice about a Securities
Class Action Settlement*

*You may be entitled to a payment.
This Notice may affect your legal
rights.*

*Please read it carefully.*

Case No. 1:22-cv-02189-JLR

Case Pending in the United States District Court for the
Southern District of New York

**THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.**
*PLEASE VISIT WWW.GRABSECURITIESSETTLEMENT.com FOR MORE INFORMATION.*

There has been a proposed Settlement of claims that Grab Holdings Ltd. ("Grab") and certain officers and directors of Grab and, its predecessor, Altimeter Growth Corp. ("AGC") violated federal securities laws by disseminating materially false and misleading information to investors about Grab's driver and consumer incentives and business prospects. Defendants deny any wrongdoing.

You have received this Postcard Notice because you or someone in your family may have: purchased or otherwise acquired public shares in Grab (including by way of exchange of AGC shares) pursuant to or traceable to the proxy/registration statement that Grab filed with the SEC on Form F-4 on August 2, 2021, and that was thereafter amended on Forms F-4/A on September 13, 2021, October 18, 2021, November 12, 2021, November 17, 2021, and November 19, 2021, and incorporated into the final prospectus on Form 424(b)(3) filed on November 19, 2021, as amended (the "Proxy/Registration Statement"); (ii) exchanged AGC shares for Grab Class A Ordinary Shares rather than redeeming the same pursuant to the Proxy/Registration Statement; or (iii) purchased or otherwise acquired public Grab Class A Ordinary Shares or other public Grab or AGC securities between August 2, 2021 and March 3, 2022, both dates inclusive.

Defendants have agreed to pay a Settlement Amount of $80,000,000. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, any award issued to Lead Plaintiffs, and taxes, is to be divided among all Settlement Class Members who submit a valid Claim Form, in exchange for the settlement of this case and the Releases by Class Members of claims related to this case. **For all details of the Settlement, read the Stipulation and full Notice, available at www.GrabSecuritiesSettlement.com**

**To qualify for payment, you must submit a Claim Form**. The Claim Form can be found on the website **www.GrabSecuritiesSettlement.com**, or will be mailed to you upon request to the Claims Administrator (800-_____). **Claim Forms must be postmarked by** _____.
If you do not want to be legally bound by the Settlement, you must exclude yourself by_____, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you want to object to the Settlement, you may file an objection by_____. The detailed Notice explains how to submit a Claim Form, exclude yourself or object.

The Court will hold a hearing in this case on _____, to consider whether to approve the Settlement and a request by the lawyers representing the Settlement Class for up to one third of the Settlement Fund in attorneys' fees, plus actual expenses up to $400,000, for litigating the case and negotiating the Settlement, and to consider whether to approve reimbursement of Lead Plaintiffs' costs and expenses related to their representation

of the Class. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free (800-_____), or visit the website **www.GrabSecuritiesSettlement.com** and read the detailed Notice.

**Your Options:** You can file a claim, object to the Settlement, exclude yourself from the Settlement Class, or do nothing. Unless you exclude yourself from the Settlement Class, you will be bound by the Settlement and you will release any claims you may have against the Released Parties. More information, including how to object or exclude yourself, is contained in the Notice and the Claim Form.

**Deadlines:** Claims must be filed by: _____, 2025; Settlement objections must be received by _____, 2025; requests for exclusion from the Settlement Class must be received by _____, 2025, and the Court's Settlement Hearing on final approval of the Settlement is scheduled for _____, 2025.

**Lead Plaintiffs' Counsels' Representative**: The Claims Administrator, AB Data, Ltd., is available to answer questions concerning the Settlement or any matter contained in the Notice. You may contact the Claims Administrator by calling [800-_____], emailing info@GrabSecuritiesSettlement.com, or writing to: Grab Securities Settlement, c/o A.B. Data, Ltd., PO Box 173038, Milwaukee WI, 53217.