**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE GRAB HOLDINGS LIMITED SECURITIES LITIGATION | **Case No. 1:22-cv-02189-JLR** |

## CO-LEAD COUNSEL'S MOTION FOR AN
## AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF
## <u>LITIGATION EXPENSES, AND AWARD TO LEAD PLAINTIFFS</u>

Pursuant to the Court's Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement (ECF No. 142), Co-Lead Counsel Pomerantz LLP and Levi & Korsinsky, LLP hereby move the Court for an entry of an Order awarding attorneys' fees in the amount of one third of the Settlement Fund (or $80,000,000.00, plus interest accrued thereon), reimbursement of litigation expenses in the total amount of $224,744.92 (plus interest accrued thereon), and an award to Lead Plaintiffs Si Fan, Amit Batra and SLG Cloudbank Holdings, LLC in the amount of $15,000 each, as authorized by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4)).[1]

This motion is based on the accompanying Memorandum of Law in support thereof; the Joint Declaration of Shannon L. Hopkins and Brian P. O'Connell in Support of (I) Lead Plaintiffs' Unopposed Motion and Memorandum of Law in Support of Final Approval of Settlement and Plan of Allocation, and (II) Co-Lead Counsel's Memorandum of Law in Support of Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Lead Plaintiffs; the Joint Declaration of Shannon L. Hopkins and Brian P. O'Connell in support of these motions; all exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.  Defendants do not oppose the relief requested.[2]

---

[1] Capitalized terms that are not otherwise defined herein have the same meanings given to them in the Stipulation and Agreement of Settlement, dated December 30, 2024.  *See* ECF No. 138-1.

[2] A proposed Order granting the requested relief will be submitted with Co-Lead Counsel's reply papers after the deadline for objecting to the motion has passed.

Dated: April 10, 2025                     Respectfully submitted,

                                          **LEVI & KORSINSKY, LLP**

                                          */s/ Shannon L. Hopkins*
                                          Shannon L. Hopkins
                                          Gregory M. Potrepka
                                          Morgan M. Embleton (*pro hac vice*)
                                          1111Summer Street, Suite 403
                                          Stamford, CT 06905
                                          Tel: (203) 992-4523
                                          shopkins@zlk.com
                                          gpotrepka@zlk.com
                                          membleton@zlk.com

                                          *Co-Lead Counsel for Lead Plaintiffs*

                                          **POMERANTZ LLP**

                                          */s/ Brian P. O'Connell*
                                          Joshua B. Silverman
                                          Brian P. O'Connell
                                          10 South La Salle Street, Suite 3505
                                          Chicago, Illinois 60603
                                          Tel.: (312) 377-1181
                                          Fax: (312) 377-1184
                                          jbsilverman@pomlaw.com
                                          boconnell@pomlaw.com

                                          Jeremy A. Leiberman
                                          J. Alexander Hood II
                                          600 Third Avenue, 20th Floor
                                          New York, New York 10016
                                          Tel: (212) 661-1100
                                          Fax: (212) 661-8665
                                          jalieberman@pomlaw.com
                                          ahood@pomlaw.com

                                          *Co-Lead Counsel for Lead Plaintiffs*

                                          **BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

                                          Eitan Kimelman
                                          60 E 42nd Street, Suite 4600
                                          New York, New York 10165

2

Tel.: (212) 697-6484
Fax: (212) 697-7296
eitank@bandg.com

*Additional Counsel for Lead Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of Court via the CM/ECF system, which will send Notice of such filing to all counsel of record.

Dated: April 10, 2025                                   */s/ Shannon L. Hopkins*
                                                         Shannon L. Hopkins