# Exhibit 3

***In Re Grab Holdings Limited Securities Litigation***
**Case No. 1:22-cv-02189-JLR**

Summary Lodestar and Expense Reports for Levi & Korsinsky LLP and Pomerantz LLP

Inception through April 4, 2025

| Law Firm | Hours | Current Total Lodestar |
|---|---|---|
| Levi & Korsinsky, LLP | 8228.30 | $4,823,055.00 |
| Pomerantz LLP | 7862.86 | $5,009,106.00 |
| **Total** | **16091.16** | **$9,832,161.00** |

| Law Firm | Expenses |
|---|---|
| Levi & Korsinsky, LLP | $102,551.76 |
| Pomerantz LLP | $122,193.16 |
| **Total** | **$224,744.92** |