# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE GRAB HOLDINGS LIMITED
SECURITIES LITIGATION

Case No. 1:22-cv-02189-JLR

**SUPPLEMENTAL DECLARATION OF ROCHELLE J. TEICHMILLER REGARDING: (A) MAILING AND EMAILING OF NOTICE; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS RECEIVED TO DATE**

I, Rochelle J. Teichmiller, declare as follows:

1.    I am a Project Manager of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. Pursuant to the Court's January 13, 2025, Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement (ECF No. 142) (the "Preliminary Approval Order"), A.B. Data was authorized to function as the Claims Administrator in connection with the Settlement in the above-captioned Action.[1]

2.    I am over 21 years of age and am not a party to this Action. The following statements are based on my personal knowledge and information provided by other A.B. Data employees working under my supervision, and if called as a witness, I could and would testify competently thereto.

3.    I submit this Declaration to supplement the Declaration of Rochelle J. Teichmiller Regarding: (A) Mailing and Emailing of Notice; (B) Publication of the Summary Notice; and (C)

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated December 30, 2024, ECF No. 138-1 (the "Stipulation").

1

Report on Requests for Exclusion (the "Initial Mailing Declaration") dated April 8, 2025, which was previously filed with the Court (ECF No. 151-1).

<strong><u>UPDATE ON DISSEMINATION OF THE POSTCARD NOTICE</u></strong>

4.    As more fully stated in my Initial Mailing Declaration, as of April 8, 2025, 70,229 Postcard Notices had been disseminated to potential Settlement Class Members and their nominees, including 34,492 sent via email and 35,737 sent via First-Class Mail. Since the date of the Initial Mailing Declaration, A.B. Data has sent an additional 146 Postcard Notices, including 38 sent via email and 108 sent via First-Class Mail.

5.    Therefore, as of the date of this Declaration, a total of 70,375 Postcard Notices have been disseminated to potential Settlement Class Members. In addition, A.B Data has re-mailed a total of 79 Postcard Notices to persons whose original mailing was returned by the U.S. Postal Service and for whom updated addresses were obtained through the Postal Service or address research conducted through TransUnion.

<strong><u>UPDATE ON TELEPHONE HOTLINE AND WEBSITE</u></strong>

6.    A.B. Data continues to maintain the case specific, toll-free phone number, 877-388-1754, with an Interactive Voice Response system and live operators to accommodate potential Settlement Class Members with questions about the Action and the Settlement. An automated attendant answers all calls initially and presents callers with a series of choices to respond to basic questions. If callers need further help, they have the option to be transferred to a live operator during business hours. A.B. Data will continue to update the interactive voice response system as necessary through the administration of the Settlement.

7.    As reported in the Initial Mailing Declaration. A.B. Data designed, implemented, and currently maintains a case-specific website, [www.GrabSecuritiesSettlement.com](www.GrabSecuritiesSettlement.com), which became operational beginning on February 4, 2025. At the request of Co-Lead Counsel, shortly

2

after their filing with the Court on April 10, 2025, A.B. Data posted downloadable copies of the following documents on the website: (a) Lead Plaintiffs' Unopposed Motion for Final Approval of Settlement and Plan of Allocation (ECF No. 145); (b) Memorandum of Law in Support of Lead Plaintiffs' Unopposed Motion for Final Approval of Settlement and Plan of Allocation (ECF No. 146); (c) Co-Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Awards to Lead Plaintiffs (ECF No. 147); (d) Co-Lead Counsel's Memorandum of Law in Support of Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Lead Plaintiffs (ECF No. 148); and (e) Joint Declaration of Shannon L. Hopkins and Brian P. O'Connell in Support of (I) Lead Plaintiffs' Unopposed Motion for Final Approval of Settlement and Plan of Allocation, and (II) Co-Lead Counsel's Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Lead Plaintiffs (ECF No. 151). A.B. Data will continue to update the website with relevant information and Court Documents through the administration of the Settlement.

## **REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

8.      The Postcard Notice and the Long-Form Notice informed potential Settlement Class Members that written requests for exclusion were to be received no later than April 24, 2025. A.B. Data has received one (1) request for exclusion, which was previously disclosed in the Initial Mailing Declaration. *See* ECF No. 151-1. The request was received from an individual investor who purchased 100 shares of AGC which were exchanged for Grab Class A Ordinary Shares. A redacted copy of the request is attached hereto as Exhibit A.

9.      Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation, or Co-Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses were required to submit their objection in writing such that the request would be received by the Parties and filed with the Court no later than April 24, 2025. Despite these

3

instructions, Settlement Class Members sometimes send objections to the Claims Administrator instead. A.B. Data has not received any objections and is not aware of any objections being filed with the Court.

## CLAIMS RECEIVED TO DATE

10.    Pursuant to the Preliminary Approval Order, Claims were to be submitted no later than April 24, 2025. As of the date of this Declaration, A.B. Data has received a total of 230,161 Claims. As further detailed in the Initial Mailing Declaration, A.B. Data has identified 108,392 Claims which were submitted as the result of suspected bot activity. Excluding the claims from suspected bot activity, a total of 121,769 Claims have been identified thus far. As part of the audit process and quality assurance review, fraudulent Claims, including those filed by bots, will be identified and denied. With these steps currently outstanding, the number of claims considered valid has not yet been finally determined.

11.    During the claims administration process, A.B. Data will review and process all Claims received, will provide Claimants with an opportunity to cure any deficiency or request judicial review of the denial of their Claims, if applicable, and will ultimately mail or wire Authorized Claimants their *pro rata* share of the Net Settlement Fund, as calculated under the Plan of Allocation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of May 2025.

_____
Rochelle J. Teichmiller

4

# EXHIBIT A

*In re Grab Holdings Ltd. Securities Litigation*, **No. 1:22-cv-02189-JLR**

| Exclusion # | Name | City, State |
|:---:|:---:|:---:|
| 1 | Jonathan D Sato | Campbell, CA |

# EXCLUSION 1

March 4, 2025

To: Grab Securities Settlement
EXCLUSIONS
c/o A.B. Data, Ltd.
PO Box 173001
Milwaukee, WI 53217

From: Jonathan D Sato



Subject: Request to be excluded from the Settlement Class in In re Grab Holdings Ltd. Securities
Litigation, Case No: 1:22-cv-02189-JLR (S.D.N.Y.)

To Whom It May Concern:

I, Jonathan D Sato, at the above address and telephone number request to be excluded from
the Settlement Class in In re Grab Holdings Ltd. Securities Litigation, Case No: 1:22-cv-02189-JLR
(S.D.N.Y.) I purchased 100 shares of AGC stock at a price of $11.60/share on or about May 10,
2021, which were converted to Grab share during the effective class period. No shares were
sold during the effective class period.

Sincerely,

Jonathan D Sato
Enclosure (1)



**Transaction Confirmation**
**Confirm Date: May 10, 2021**

Page 1 of 4

Brokerage Account Number

**JONATHAN D SATO**

SP 01 047838 00862 H 89 ASNGLP
0100042123
FPT CO CUST HSA
FBO JONATHAN D SATO

| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Premium Services | 800-544-4442 |
| 8am - 11pm ET, Mon - Fri | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21130-1D1BZM | 1* | WK# | 05-10-21 | 05-12-21 | G0370L108 | 21130-GGN7D | | |

| | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|
| You Bought | | ALTIMETER GROWTH CORP COM USD0.0001 | Principal Amount | 1,160.00 |
| | 100 | CL A | Settlement Amount | 1,160.00 |
| at | 11.6000 | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | | | |
| AGC | | | | |



Jonathan Sato

SAN JOSE CA 950

4 MAR 2025  PM 4  L

Grab Securities Settlement
EXCLUSIONS
c/o A.B. Data, Ltd.
PO Box 173001
Milwaukee, WI 53217

53217-801201