**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GRAB HOLDINGS LIMITED SECURITIES LITIGATION | Case No. 1:22-cv-02189-JLR |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR**
**CLASS DISTRIBUTION ORDER**

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiffs Amit Batra, Si Fan, and SLG Cloudbank Holdings, LLC, together with the Settlement Class (collectively, "Plaintiffs"), will move this Court on a date and a time to be set by the Honorable Jennifer L. Rochon, in Courtroom 20B at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for entry of the concurrently filed [Proposed] Class Distribution Order.[1]

In support of this motion, Plaintiffs submit herewith: (1) a Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Class Distribution Order; and (2) Declaration of Rochelle J. Teichmiller in Support of Plaintiffs' Motion to Distribute the Net Settlement Fund.

The Defendants, as defined in the Stipulation, do not oppose this motion.

Dated: February 2, 2026                                Respectfully submitted,

**LEVI & KORSINSKY, LLP**


*/s/ Shannon L. Hopkins*

Shannon L. Hopkins
Gregory M. Potrepka
Morgan M. Embleton (*pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
shopkins@zlk.com
gpotrepka@zlk.com
membleton@zlk.com

*Co-Lead Counsel for Lead Plaintiffs*

---

[1] Unless otherwise defined herein or the accompanying memorandum of law, all capitalized terms used herein have the same meaning ascribed to them in the Stipulation and Agreement of Settlement dated December 30, 2024 ("Stipulation"; ECF No. 138-1).

1

**POMERANTZ LLP**

*/s/ Brian P. O'Connell*

Joshua B. Silverman
Brian P. O'Connell
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Tel.: (312) 377-1181
Fax: (312) 377-1184
jbsilverman@pomlaw.com
boconnell@pomlaw.com

Jeremy A. Leiberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**

Eitan Kimelman
60 E 42nd Street, Suite 4600
New York, New York 10165
Tel.: (212) 697-6484
Fax: (212) 697-7296
eitank@bandg.com

*Additional Counsel for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of

Court via the CM/ECF system, which will send Notice of such filing to all counsel of record.

Dated: February 2, 2026                                            */s/ Shannon L. Hopkins*
                                                                            Shannon L. Hopkins